G.H.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
6-10-05

C. Signature
X _Doris Zeigler_    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Marshall Anderson
203 Hill Street
Wetumpka, AL 36092

2:05cv541 (Cmp + summs 20 days)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2.    7004 1160 0003 5806 0001

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

G.H.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
6-10-05

C. Signature
X _Doris Zeigler_    ☐ Agent    ☑ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

E'more County Board
of Education
c/o Jeffery E. Langham,
Superintendent
203 Hill Street
Wetumpka, AL. 36092

2:05cv541 (Cmp + summ 20 days)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2    7004 1160 0003 5805 9999

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952