**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 14, 2005

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | G. H., et al. v. Elmore County Board of Education, et al. |
| **Case Number:** | #2:05-cv-00541-MHT-CSC |
| **Referenced Document:** | Document #1<br>Complaint |

**This Notice has been docketed to enter Exhibit A and Exhibit B into the record as attachments to the referenced document which were erroneously omitted at the time the referenced document was originally filed. The pdfs are attached to this document.**