**IN THE UNITED STATES DISTRICT COURT**
RECEIVED**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

2005 JUL -1 P 2: 54

G.H., a Minor, by his mother              )
Juanita Corbett as his next friend        )
and Juanita Corbett                       )
    **Plaintiffs**           )

v.                                        )        **CIVIL ACTION NUMBER:**
                                   )
ELMORE COUNTY BAORD OF EDUCATION )        **CV 2:05-CV-0541 MHT-CSC**
et al.                                    )
    **Defendants**           )

## DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD OF PROCEEDINGS BELOW

    **COMES NOW**, the Defendant, State of Alabama Department of Education, by and through its attorney of record, and files this certified copy of the Administrative records for due process hearings styled: *Gaddies Hill v. Elmore County Board of Education, Special Ed No: 02-109* and *Gaddies Hill v. Elmore County Board of Education,* Special Ed. No. 04-92, in accordance with the *Individuals with Disabilities Education Act,* 20 U.S.C. §1415(i) (2), (i)i(3)(A), and 1415 (1) and, the Ala. Admin. Code r. 290-8-9-.08(8)(c)11. and 12.

Respectfully submitted,

Larry E. Craven, ASB-8610-NSIL
Darnell Coley, ASB-COL-106

ADDRESS OF COUNSELS
State Department of Education
Office of General Counsel
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, AL   36130
(334) 242-1899 Office
(334) 242-0982 Facsimile

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the

following by placing same in U.S. Mail, first class postage prepaid, properly

addressed as follows on this the 1st day of July 2005.


Counsel for Plaintiffs
Susan Shirock DePaola
1726 West Second Street – Suite B
Montgomery, AL 36106

Counsel for Elmore County Board of Education
Erika Perrone Tatum
Hill, Hill, Carter, Franco Cole and Black
P.O. Box 116
Montgomery, AL   36101-0116


OF COUNSEL