

THE CAREER GAME

FLIGHT

EDITION

SUCCESS

How to
find the
Best Jobs
for you

Item # BX

RICK TROW PRODUCTIONS, INC.

P.O. Box 291, New Hope, PA 18938 (800) 247-9404

© Copyright 1993, 1994    All Rights Reserved    17TH Printing 2002

**THIS IS A test.**

**...ONT FORGET!**

Don't worry about wrong answers, this is not a test. Just think hard and be honest with yourself.

This book will teach you how to find your own clues. You begin by writing down the thoughts and feelings that make you the special person you are.

The things you do every day are full of clues that can help you. If you learn to understand yourself, it will be easier to choose a career that you'll like.

Every day you come closer to the age when you will pick your job or career. But there are so many jobs! How can you learn which ones you would enjoy and do well?

PERFORMING

TEACHING

③

## WHAT YOU DO WELL

We all have different skills and talents. A young boy who was handy with tools grew up to be a builder of homes. A girl who took extra good care of her pets became an animal doctor.

Write down what you do well. If you have trouble thinking of anything, ask a friend to help you.

*Things I do well:*

1. Working in lunchroom
2. Watch car plow
3. Clean up

## WHAT MAKES YOU PROUD

Being proud is that good feeling you get when you've done something right. You want to pick a job that lets you feel that way every single day.

Like the boy who was proud of his picture taking. He grew up to work for a newspaper - and now he's just as proud of the photos he creates for everyone to see.

*What makes you proud?*

1. Proud of Work
2. Cut grass
3. My Aunts

HELPING

BEING STRONG

COOKING

FIGURING THINGS OUT

## WHAT YOU ENJOY

You'll be spending a lot of time at your job, so you should be doing something you like. And even at your age, you can find clues that point to jobs that will make you happy.

We know a young girl who built a lemonade stand in front of her house. She loved getting people to stop their cars to buy her cold drinks. When she grew up, she became a very successful store owner.

Explore your own life for things that are exciting to you. Write them down here.

1. Play Nintendo games
2. Play Basketball
3. Shoot Hoops

## YOUR VERY MOST IMPORTANT THINGS

Some of things may be important to you. But to find the best jobs, you need to learn which are your very most important.

Think about it. If being outdoors is more important than anything, you sure won't enjoy a job where you sit in an office. If being with people is most important, you wouldn't be a very happy truck driver.

Here are some examples to get you started thinking.

HELPING THE COMMUNITY
EXPRESSING IDEAS    BEING CREATIVE
HAVING POWER    FINDING A CHALLENGE

Write your personal very most important things in the spaces below.

Don't just pick from our examples, think of your own, too. Remember, you're doing this for YOU, not for us!

Making my bed up
cleaning up my room
and outside

SCIENCE

SPEAKING

FAMILY

WORKING WITH PEOPLE

EARNING MONEY

4

5



## PEOPLE YOU ADMIRE

Who do you respect and why? One girl
was so impressed with the patience that she
was so impressed of her first grade teacher that she
kindness and became one herself.
went to college and became one herself.

PEOPLE I ADMIRE:

1. Mommie
2. My Aunt
3. Octavies         Taeboo

REASON WHY:

1. All the time
2. Admire cause She when me
3. Cause he's my friend

### EXPLORE YOUR ROOM

Use the space below to add anything we might have left out

## FAVORITE PLACES

We all have favorite places,
comfortable places where we feel
school always liked to be in the
happy gymnasium. Today he's
happy with his job at a health club.

WHERE I LIKE TO BE:

1. School
2. Commons Gym
3. Class room

WHERE I DON'T:

1. To the dentist
2. get shots
3. go to movies

What books or magazines do you read?

Sports magazines, the Bulls
cartoons, WWF Wrestling Magazine

Any games, hobbies or favorite things?

Basketball — nintendo games, playing
with my nintendo games

What do these clues tell you about yourself?

I like games

# YOUR INTERESTS

Here's a list of different things that you might enjoy doing. Put a ✓ next to the ones that sound like fun to you, even if you've never tried them before. For example, if you think you'd like to use tools, mark a ✓ in its box:

| Use Tools | ✓ |
|---|---|

If you think you wouldn't like to use tools, leave the box blank, like this:

| Use Tools | |
|---|---|

**8**

| | |
|---|---|
| Use Tools | ✓ |
| Figure Out a Problem | |
| Give Directions | |
| Run for Class Office | |
| Sing on a Stage | |
| Plan Events | ✓ |
| Fix a Car | ✓ |
| Learn About Diseases | |
| Interview People | |
| Save Money | |
| Make Lists | |
| Take Pictures | |

**9**

| | |
|---|---|
| Build Models | |
| Study Planets | |
| Join a Club | |
| Argue Your Point | |
| Organize a Notebook | ✓ |
| Visit an Art Gallery | |
| Sleep in a Tent | ✓ |
| Do Science Projects | |
| Make People Laugh | |
| Sell Things | |
| Make Your Room Neat | ✓ |
| Write Stories | |

| ✓ | Drive a Bus |
| | Play Chess |
| | Go to a Dance |
| | Lead a Group |
| | Follow Rules |
| | Design Clothes |
| | Explore a Forest |
| | Program a Computer |
| | Run a Garage Sale |
| | Organize Meetings |
| ✓ | Keep a Diary |
| | Dance on a Stage |

| | Connect a Stereo |
| | Use a Calculator |
| | Make a Speech |
| | Start a Club |
| | Look up Information |
| | Write Songs |
| ✓ | Operate Machines |
| | Read a Road Map |
| | Entertain Guests |
| | Take Charge |
| | Work in a Group |
| | Write About Feelings |

| ✓ | Go Fishing |
| | Visit a Science Museum |
| | Care for Sick People |
| | Trade Things |
| | Fill in a Chart |
| | Play an Instrument |
| ✓ | Repair a Bike |
| | Solve Puzzles |
| | Meet New People |
| | Speak Your Opinion |
| | Be On Time |
| | Be Different |

| ✓ | Take Care of Animals |
| | Use a Microscope |
| | Coach a Team |
| | Appear on T.V. |
| | Collect Things |
| | Compose Music |
| ✓ | Cook at a Picnic |
| | Do Math Problems |
| | Give First Aid |
| | Talk About Politics |
| ✓ | Play on a Team |
| | Arrange Flowers |

10

11

12

| Paint a Room | ✓ |
| Study the Human Body | |
| Teach a Friend | |
| Be Team Captain | |
| Follow Instructions | ▨ |
| Make Videos | ▨ |
| Build a Fence | ✓ |
| Test Air Pollution | |
| Write Letters | |
| Visit Congress | |
| Take Good Messages | ▨ |
| Draw Pictures | |

| Target Shooting | ✓ |
| Read Science Fiction | |
| Settle an Argument | |
| Study Laws | |
| Straighten Out a Closet | ▨ |
| Direct a Play | |
| Plant a Garden | ✓ |
| Take Apart a Frog | |
| Read Stories to Kids | |
| Take a Risk | |
| Put Things in Order | ▨ |
| Decorate a Room | |

13

# FINDING YOUR BEST COLORS

**Go Back,**
and count how many boxes you've checked for each color. For example, if you count 10 Yellow checks, put a 10 in the box next to the Yellow on this page ...

like this:

| Yellow | 10 |

**Write Your Numbers Here:**

| Yellow | 13 | Purple | |
| Orange | | Blue | |
| Red | | Green | |

**Next,**
copy your Yellow Score into the box on the top of page 14.

Then copy your Orange Score into the box on the top of page 16.

Keep turning pages and copying until you have written down all of your scores.

Look at your highest scoring colors to find the careers you're most likely to enjoy. If you don't understand some of the names, ask your teacher or counselor to explain.

**Go Ahead, Explore Your Career Universe ...**

Case 2:05-cv-00541-MHT-DRB    Document 7-11    Filed 07/01/2005    Page 8 of 18



13

Many people in this group love being outside in the fresh air. They like to build and fix things. They enjoy working with tools and machines.

These are only a few of the many careers in the Yellow Universe.

14                                        15

Put Your
ORANGE
Score Here



If you scored high in Orange,
you might enjoy a career that
challenges your mind.

People in this group are curious about new
ideas. They like to figure out their own
answers to problems. They do well in science.

These are only a
few of the many
careers in the
Orange Universe.

16

17

VETERINARIAN

ELECTRICAL ENGINEER

GEOLOGY

FINANCIAL MANAGER

COMPUTER PROGRAMMER

PHYSICAL THERAPIST

PSYCHOLOGIST

MARKET RESEARCHER

Put Your RED Score Here

If you scored high in RED, you might enjoy a career that lets you work closely with people.

People in this group are usually very friendly. They are patient and good at explaining things. They become wonderful helpers and teachers.

These are only a few of the many careers in the Red Universe.

ATHLETIC TRAINER

SOCIAL WORKER

TEACHER

TRAVEL

NURSE

CHILD CARE WORKER

RELIGIOUS WORK

PERSONNEL MANAGER

COUNSELOR

FLIGHT ATTENDANT

RECREATION LEADER

18

19



Put Your
PURPLE
Score Here

BUYER

EDUCATION ADMINISTRATOR

REAL
ESTATE
BROKER

20

JUDGE

If you scored high in Purple, you
might enjoy a career that lets
you become a leader.

People in this group are good at getting their
point across to others. They have lots of
confidence and enjoy being in charge of things.

LOAN
OFFICER

ADVERTISING
MANAGER

LAWYER

RETAIL
MANAGER

21

COLLEGE
FACULTY

INSURANCE AGENT

These are only a
few of the many
careers in the
Purple Universe.



Put Your
BLUE
Score Here

If you scored high in Blue, you
might enjoy a career that lets
you keep things organized.

People in this group are neat and careful. They
are good at following rules. They enjoy being
part of a team, and work well with others.

MUSEUM CURATOR

CASHIER

CLERK

BOOKKEEPER

LIBRARIAN

LEGAL ASSISTANT

POSTAL WORKER

POST OFFICE

ACCOUNTANT

MEDICAL ASSISTANT

EEG TECHNOLOGIST

INVESTIGATOR

PLANNER

DENTIST

SECRETARY

AIR TRAFFIC CONTROLLER

PARALEGAL

... are only a
... of the many
careers in the
Blue Universe.

22

23





Put Your
GREEN
Score Here

If you scored high in Green, you might enjoy a career that lets you use your imagination.

People in this group are independent and original. With talent, many do well in music and art. Other jobs also need creative thinkers.

These are only a few of the many careers in the Green Universe.

RADIO
TELEVISION

DESIGNER
MUSICIAN
DANCER

ADVERTISING

PRODUCT DEVELOPER

ARCHITECT

CAMERA OPERATOR

PHOTOGRAPHER

PAINTER

CHOREOGRAPHER

HAIRDRESSER

VISUAL
ARTIST

THEATER

WRITER

DIRECTOR

CEO

ANTHROPOLOGIST

24

25

## ONE OF A KIND

No one else in the world will fill this book with exactly the same answers that you have. If you've been honest with yourself, you're on your way to planning your future.

• You may want to go further by making a file of ideas that will help you pick a career. Here are a few suggestions:

*Keep this book. Check back every year to see if your feelings have changed - and it's OK if they do!

*Cut out stories about jobs that sound good to you. You might like. Write down what you learn.

*Speak to adults who are working at jobs you think you might like. Write down what you learn.

*Add anything else you want. Remember it's YOUR file!

There's an exciting trip ahead, and you'll have many questions along the way. Share them with your teachers and counselors. Not too long ago, they made this same journey. The career they chose was to help you become the best person you can possibly be.

... of your life is nothing to get lazy about ... thinking about it today.

Use only with
Optional
Counselor Tools Software

Name: _Gaddis Hill_

Educational Goal:
☐ High School   ☐ High School + 2 (Technical)   ☐ College

Color Scores:

| Yellow | Red | Blue |
|--------|-----|------|
| /3 |  |  |

| Orange | Purple | Green |
|--------|--------|-------|
|  |  |  |

**27**

## BELIEVING
## You Can Succeed!

Here's an interesting experiment. Try to fill every one of the spaces below with the name of a bird you would know if it walked right past you. When you're finished, read the back cover of this book.

**Birds I Can Identify:**

6 _do not know_

7 _____

8 _____

9 _____

10 _____

No fair peeking at the back cover until you've tried your best to fill in every space.

26

# ELMORE COUNTY BOARD OF EDUCATION
## Out-Of-System or In-House Workshop Request Using Title Funds/State Staff Development Funds

Name of Person Attending __Gregory Wilkins__

Date of Trip __March 7-9, 2005__

Destination __Transition Workshop @ Auburn University__

Workshop Title/Conference Sponsor __Transition XV    Auburn University__

Is this required by the State Department of Education or other agency? Yes __✓__  No _____

How will this workshop/conference increase student achievement? __The programs presented at this conference will help me to provide better transition services and programs for my students.__

What documentation will you use to demonstrate this experience improved student achievement? __Student progress reports, data collection and work transition sheets.__

Estimated Expenses:

Transportation (estimated mileage x $.375)  __Yes__ _____ (may not always be applicable)

Meals ($30 per day maximum) __Yes__ _____ (may not always be applicable)

Lodging _____ __No__ _____

Registration Fee _____ __$100.00__ _____

Substitute needed?  Yes __✓__  No _____  How many days? __3__

Principal Approval ___(Signature)___  Date __1-25-05__

(For Office Only)

Date Received __1/27/05__

Program Coordinator Approval  Yes __✓__  No _____  ___(Signature)___

Account to be used to defray expenses _____

PLEASE NOTE: Reimbursement for meals shall not exceed $30.00 per day. Actual itemized receipts must be provided. Credit card receipts will not be accepted for any expenses.

Revised 2/03

Account #

12-5-2215-312-7040-4130-0-8220-0000

# ELMORE COUNTY BOARD OF EDUCATION
## Request for Detached Duty

SCHOOL: _Wetumpka High School_

NAME: _Gregory Wilkins_

| Required meeting? |
| --- |
| YES ☑    NO ☐ |
| Administrator's Initials _____ |

DATE OF REQUESTED DETACHED DUTY: _March 7-9, 2005_

DETAILED REASON FOR REQUEST: _To attend Transition Workshop at Auburn University_

PLEASE CHECK WHO IS RESPONSIBLE FOR PAYMENT:

\_\_\_\_\_ Title I (Donna Goodwin)

~~State~~ Professional Development Funds (Andre' Harrison)

\_✓\_\_ Title II. Part A-Staff/Professional Development (Andre' Harrison)

\_\_\_\_\_ Title II. Part D-Technology (Davis Brock)

\_\_\_\_\_ Drug Free (Billy Womble)

\_\_\_\_\_ School (CHECK MUST BE SENT WITH PAYROLL)

\_\_\_\_\_ Other _____

\_\_\_\_\_ County Office (MUST BE APPROVED BY SUPERINTENDENT)

\_\_\_\_\_ No Sub Needed

_____    _____
SIGNATURE OF EMPLOYEE        SIGNATURE OF ADMINISTRATOR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**The top portion must be completed before submitting to Central Office**

ACCT # _12 -5- 2215- X80 -8620 -4130 -0 -8920 -0000_

_____    _1/27/05_
Director of Program          Date of Approval

_____    _____
Superintendent (only if County is responsible for payment)    Date of Approval

| **PLEASE MAKE A COPY OF THIS APPROVED FORM AND SEND IT IN WITH THE MONTHLY PAYROLL.** |
| --- |

7/16/04

## ELMORE COUNTY BOARD OF EDUCATION
### Out-Of-System or In-House Workshop Request Using Title Funds/State Staff Development Funds

**Name of Person Attending** _Leusa Finley_

**Date of Trip** _March 7, 8 +9th_

**Destination** _Alabama Transition Conference - Auburn_

**Workshop Title/Conference Sponsor** _____

**Is this required by the State Department of Education or other agency?** Yes _____ No _X_

**How will this workshop/conference increase student achievement?** _I work with_
_(students in Transition_

_____

**What documentation will you use to demonstrate this experience improved student achievement?** _____

_____

**Estimated Expenses:**
Transportation (estimated mileage x $.365 [.405]) _290 miles for 3 days_ (*may not always be applicable*)

Meals ($30 per day maximum) _____ (*may not always be applicable*)

Lodging _____

Registration Fee _($100_

Substitute needed?  Yes _____  No _X_    How many days? _____

**Principal Approval** _Marshall D. Anderson_    Date _01/28/05_
(*Signature*)

---

*(For Office Only)*

**Date Received** _1/31/05_

**Program Coordinator Approval**  Yes _✓_  No _____   _[signature]_
(*Signature*)

**Account to be used to defray expenses** _12-5-2215-312-7040-4130-D-8320-0000_

---

**PLEASE NOTE:** Reimbursement for meals shall not exceed $30.00 per day. Actual itemized receipts must be provided. Credit card receipts will not be accepted for any expenses.

Revised 8-02

01/31/2025  14:52   3345142804                                    PAGE  02

# ELMORE COUNTY BOARD OF EDUCATION
## REQUEST FOR DETACHED DUTY

SCHOOL: _WHS_

NAME: _Leisa Finley_

| Required meeting? |
| YES ☐         NO ☐ |
| Administrator's Initials |

DATE OF REQUESTED DETACHED DUTY: _March 7, 8, 9_

DETAILED REASON FOR REQUEST: _to attend Alabama Transition_
_Conference_

PLEASE CHECK WHO IS RESPONSIBLE FOR PAYMENT:

_____ Title I (Donna Goodwin)

_____ State Professional Development Funds (Peggy Teel)

✓ Title II, Part A-Staff Development (Peggy Teel)

_____ Title II, Part D-Technology (Davis Brock)

_____ Drug Free (Nan Eason)

_____ School (CHECK MUST BE SENT WITH PAYROLL)

_____ Other _____

_____ County Office (MUST BE APPROVED BY SUPERINTENDENT)

X No Sub Needed

_____          _____
SIGNATURE OF EMPLOYEE              Marshall D. Anderson
                                   SIGNATURE OF ADMINISTRATOR

The top portion must be completed before submitting to Central Office

ACCT # _ _ _ -5- _ _ _ _ _ _

_____          _____
Director of Program                    1/31/05
                                       Date of Approval

_____
Superintendent (only if County is responsible for payment)
                                       Date of Approval

PLEASE MAKE A COPY OF THIS APPROVED FORM
AND SEND IT IN WITH THE MONTHLY PAYROLL.

REVISED 8/6/03