IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| G.H., a Minor, by his mother Juanita Corbett as his next friend and Juanita Corbett,<br><br>Plaintiffs<br><br>v.<br><br>ELMORE COUNTY BOARD OF EDUCATION; et al.<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>CV 2:05-CV-0541- MHT-CSC |

## DEFENDANT'S MOTION TO AMEND NOTICE OF FILING OF ADMINISTRATIVE RECORD OF PROCEEDINGS BELOW

**COMES NOW**, the Defendant, State of Alabama Department of Education, (hereinafter "Department") by and through its attorney of record and files this Motion to Amend the certified copy of the administrative records for due process hearings styled: *Gaddies Hill v. Elmore CountyBoard of Education, Special Ed No: 02-109* and *Gaddies Hill v. Elmore County Board of Education,* Special Ed. No. 04-92. In support of this Motion, Defendant states as follows:

1.  On July 1, 2005, the Department filed a pleading styled, "Defendant's Notice of Filing of Administrative Record of Proceedings Below" with this Court. This pleading was filed in accordance with the *Individuals with Disabilities Education Act*, 20 U.S.C. §1415(i) (2), (i)i(3)(A), and 1415 (1) and, the Ala. Admin. Code r. 290-8-9-.08(8)(c)11. and 12.

2.  The record that the Department previously submitted to this Court is incorrect because the Department inadvertently included in this submission three (3) documents which did not belong in the "official" record. Two of the documents pertain

to the Plaintiff's attorneys' fees and the other document is protected by the attorney client privilege.

3. The Department respectfully moves to amend its previous filing of the record and substitute it with the corrected record.

Respectfully submitted,

Larry E. Craven, ASB-8610-NSIL
Darnell Coley, ASB-COL-106

<u>ADDRESS OF COUNSELS</u>
State Department of Education
Office of General Counsel
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, AL  36130
(334) 242-1899 Office
(334) 242-0982 Facsimile

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing same in U.S. Mail, first class postage prepaid, properly addressed as follows on this the 12th day of July 2005.

<u>Counsel for Plaintiffs</u>
Susan Shirock DePaola
1726 West Second Street – Suite B
Montgomery, AL 36106

<u>Counsel for Elmore County Board of Education</u>
James Seale
Erika Perrone Tatum
Hill, Hill, Carter, Franco, Cole and Black
P.O. Box 116
Montgomery, AL   36101-0116


_____
OF COUNSEL



STATE OF ALABAMA
# DEPARTMENT OF EDUCATION



Joseph B. Morton
State Superintendent
of Education

Alabama
State Board
of Education

Governor Bob Riley
President

Randy McKinney
District I

Betty Peters
District II

Stephanie W. Bell
District III

Dr. Ethel H. Hall
District IV
Vice President
Emerita

Ella B. Bell
District V

David F. Byers, Jr.
District VI

Sandra Ray
District VII
President Pro Tem
and Presiding Officer

Dr. Mary Jane Caylor
District VIII

Joseph B. Morton
Secretary and
Executive Officer

June 30, 2005

## MEMORANDUM

TO: Darnell Coley

FROM: Emily D. Graham
Education Administrator
Special Education Services

RE: Certified Copy of Due Process Hearing Files for Gaddies Hill v Elmore County Board of Education

Enclosed is a copy of the official Department of Education due process hearing files for 02-109 and 04-92. The documents include the due process hearing officer's decision, order, transcripts and certification, and documentation of the implementation of the decision and order.

Enclosure

cc: Mabrey Whetstone

GORDON PERSONS BUILDING • P.O. BOX 302101 • MONTGOMERY, ALABAMA 36130-2101 • TELEPHONE (334) 242-9700 • FAX (334) 242-9708 • WEB SITE: www.alsde.edu