# GADDIES HILL

# V

# ELMORE COUNTY BOARD OF

# EDUCATION

# SPECIAL EDUCATION DUE

# PROCESS HEARING CASE NUMBER

# 04-92

# DUE PROCESS HEARING

# OFFICER'S ORDER

# FEBRUARY 8, 2005

BEFORE THE STATE OF ALABAMA
BOARD OF EDUCATION

GADDIES HILL,                    )
                                )
        Petitioner,             )
                                )
vs.                             )        Case No.. 04-92
                                )
ELMORE COUNTY BOARD             )
OF EDUCATION,                   )
                                )
        Respondent.             )

## ORDER

This matter having come upon pre-hearing conferences with the attorneys for the parties and the special education coordinator for the school system and as well as documented agreements between the parties which are attached as exhibits to this Order and incorporated by reference herein and the same having been considered it is

**ORDERED** that the school system shall provide Petitioner with the following:

(a)    a transition assessment;

(b)    functional daily life skills needed for the Petitioner;

(c)    employment development skills needed for the Petitioner;

(d)    such other services as recommended by Petitioner's expert, Dr. Karen Rabren in a letter to the school system's attorney dated December 10, 2004.

1.    It was acknowledged by the school system that it failed to comply with the previous due process hearing decision dated April 1, 2003. For that reason the parties agreed to employ the services of an expert to develop a functional life skills program for the Petitioner as previously ordered by the due process Hearing Officer and/or to otherwise develop a curriculum that would meet the educational needs of Petitioner, including related

services. That the individual selected by the parties was Dr. Karen Rabren whose recommendations for Petitioner and other students are attached hereto as Exhibit "A". That the school system agrees to comply with the recommendations of Dr. Karen Rabren as documented in a letter from the Elmore County Board of Education attorney to Petitioner's attorney dated January 21, 2005 which letter is attached hereto as Exhibit "B".

2.     That it is recognized by this Order that the school system is not agreeing to implement Dr. Rabren's recommendations with respect to any student attending the Elmore County public schools other than the Petitioner.

3.     That it is further **ORDERED** that the school system shall implement the recommendations of Dr. Rabren with respect to Petitioner. Petitioner shall be provided a transition assessment. Dr. Rabren shall be utilized in evaluating the information contained in the assessment and in developing program goals for the Petitioner. The school system shall identify experiences, locations, activities and job development sites in the community and shall continue to do so with the assistance of Dr. Rabren.

4.     That upon completion of the transition assessment and consultation with Dr. Rabren, the school system shall identify in writing the functional daily life skills needed for Petitioner. The school system shall identify in writing the employment development skills that are needed for the Petitioner. The school system shall identify in writing community based sites where functional daily living skills are to be taught a minimum of three times per week. The school system shall identify in writing the job sites where the employment skills are to be taught a minimum of three times per week.

5.     That the school system shall provide to job coaches employed by the school system who have a background in vocational rehabilitation to work with Petitioner and

2

assist with the coordination of the transition activities. The job coaches shall accumulate transition assessment data and meet with Dr. Rabren and the Petitioner's special education teacher (or any other subsequent special education teacher of Petitioner) on a weekly basis to discuss the development of a functional employment curriculum for Petitioner. The school system agrees to have Dr. Rabren monitor the development of that program and curriculum for Petitioner.

6.    That the monitoring and reporting referred to in paragraph 5 shall be on a monthly basis and shall include the dates and places where functional and employment activities were provided during the prior month. The report will identify the locations of community activities and job activities. All reports shall be provided to the following: Petitioner's special education teacher(s), the job coaches, the special education coordinator for the school system, the school superintendent, the parent of Petitioner and the attorneys for the parties.

7.    That the school system shall provide $10.00 per week in operating budget for Petitioner's classroom miscellaneous supplies. The school system shall provide access to a microwave and a stove to teach Petitioner daily living skills.

8.    That the school system shall have Petitioner's special education teacher, the job coaches and the paraprofessional who assists Petitioner participate in a transition conference held in March, 2005 in Auburn, Alabama. That additional in-service activities for school system personnel shall be provided including weekly meetings with Dr. Rabren in Auburn, Alabama.

9.    That the school system shall engage in a consultive relationship with Dr. Rabren until Dr. Rabren advises the school system in writing that her services are no

3

longer required.  Documentation of the cessation of the need for such services shall be provided to the Petitioner's special education teacher(s), the job coaches, the special education coordinator for the school system, the school superintendent, the parent of Petitioner and the attorneys for the parties.

10.    That the school system is directed to pay for the services of Dr. Rabren.

11.    That it is further **ORDERED** that the school system shall provide compensatory education to Petitioner as designated in the January 24, 2005 letter from Petitioner's counsel to the attorney for the school system which is attached hereto as Exhibit "C".  Included in such compensatory education shall be the provision of an additional twelve (12) months of educational services to Petitioner by the school system. Those services shall be provided during the summer of each year.  The parent may accept or decline the services as she determines advisable.  For each summer that the parent declines services the system shall be deemed to have fulfilled its obligation for that period.

Compensatory summer services shall be limited to functional daily living skills and community experience services at designated sites three times per week and work/job development services at designated sites three times per week.

The school system is directed to provide and/or pay for transportation and personnel to oversee and provide such summer activities for Petitioner.

12.    That the school system shall pay to Petitioner's attorney reasonable attorney fees in the amount of $4,403.00 as well as reimbursement of expenses not to exceed $100.00.

13.    That the school system is directed to comply with this Order within thirty (30) days of the date hereof.

4

DONE this the _9_th day of February, 2005.


_____
Wesley Romine
Hearing Officer

cc:     Susan DePaola
        Erika Tatum
        Emily Graham

5

*Karen S. Rabren, Ph.D.*

1030 Stage Road
Auburn, Alabama 36830

334-887-7610                                                                334-663-2647

December 10, 2004

Erika Tatum
PO Box 116
Montgomery, AL  36101-0116

**RE: Elmore County**

Dear Ms. Tatum,

This letter is written to follow up on our telephone conversation of November 24, 2004. During that conversation you asked me to develop a specific proposal to implement a community based program as required by the hearing officer in his earlier decision.  The following discussion is my professional opinion as to the essential activities and requirements for such a program. I would like to mention, however, that although the following comments come about as a result of a decision relating to Gaddies Hill, they are equally critical for each of the students I observed in his class. Accordingly, the program needs to include all of these students and not simply the student involved in this litigation.

A community-based transition program includes activities that focus on the development of functional life skills and employment. Teaching, in this type of program, takes place both in the classroom and in the community. Instruction in each of these environments, therefore, will compliment and reinforce skill development that occurs in the other. Moreover, a community-based program should have a comprehensive curriculum and a specific set of program goals and objectives that address skill development in each setting. Through the implementation of such a program the school would have a scope and sequence of transition-related skills that are beneficial to all students. This program model will also provide the needed infrastructure so each student's transition planning and programming can be individualized to meet their specific needs. While steps have been taken to begin such a program, I highly recommend that that this type of program be put into place immediately.

In order to appropriately implement this program each student involved should undergo a transition assessment. There are several widely availably transition assessment instruments including the Transition Planning Inventory and NEXT S.T.E.P, for example. I can assist the school system in identifying an appropriate instrument or set of instruments for this purpose.

Secondly, once purchased the system needs to conduct the assessments as well as review any other available information in order to identify the functional daily life skills and the employment development skills that need to be addressed with these students. School personnel should be able to do administer the inventories themselves since they are relatively

straightforward. I can then assist them in evaluating the information and developing program goals, if needed. This too should be done immediately.

Thirdly, the system needs to identify experiences, locations, and activities in the field (i.e. community based) in which instruction can take place. At a minimum I think the students need to be working on functional daily living skills in community experience sites three times a week.

Fourth, the system needs to identify job development sites. I think the students need to be at such sites at least three to four days per week.

Fifth, the system needs to develop a monitoring process so that as students participate in the activities their progress can be monitored.

In my professional opinion it is not possible to carry out these activities with the current personnel structure. The system needs a person dedicated to coordinating transition activities and to work with students as they engage in such activities. It is impractical for the full time classroom teacher to be engaged in teaching full time and also be charged with the responsibility of developing the community-based program without assistance.

The kind of person best suited to provide this assistance is someone who has a background in community based education, special education, and/or vocational rehabilitation. I was very impressed with Mr. Wilkins and felt that if he were released from direct teaching on a half time basis he would have the knowledge and ability to put this program together. The system would then need to simply find a half time special education teacher to be the responsible party when field activities are underway. In fact, since Mr. Wilkins is going to be the classroom teacher for the classroom component, he would be the best person to select to develop the overall program. Many school systems implement this type of half-teaching load and half-transition coordination model.

The reallocated time to plan these activities is essential to the success in the development of the community based component of the transition program. The amount of time required for this purpose is approximately four hours per day. It is simply impossible for one person to construct a program from the ground up and also be responsible for field operations while he or she is teaching full time.

So, the initial step the system needs to make is to identify a person to handle this activity—either by a half time teacher to team teach with Mr. Wilkins and allow him to handle these program responsibilities or to separately identify a new person with the background to develop and implement this program.

Once a person to assist in either manner is identified, he or she can gather the transition assessment data discussed hereinabove and meet with me and Mr. Wilkins to discuss development of the functional and employment curriculum discussed herein. This should minimize the cost to the system since I would suggest meetings with me in Auburn weekly (at the outset) and thereafter as needed by Mr. Wilkins and the additional person.

With this additional assistance, time can be allocated to develop, organize, and implement community based sites for the development of work (i.e., work experience and/or

paid work) and functional living activities (shopping, banking, etc.). I expect that the need for this additional personnel will need to continue from year to year and would not simply be employed during the remainder of this school year. As students develop as well as enter and leave the program, all of these activities will continue to be required, updated, and revised.

I would propose to do on-site monitoring of the development of the program once a month. I will do a written report including a summary for the month of the community based activities in the areas of functional life skills and vocational preparation. This report will be provided to the special education teacher(s) and/or transition coordinator, the special education coordinator, the superintendent, and the attorneys for the parties.

I also believe that in-service training is essential to the success of implementing any new program. We can discuss this in more detail, but I wanted you to be aware that there is a transition conference held in March at Auburn that the special education teacher, the selected person, and one or more of the paraprofessionals could benefit from attending. There are also distance learning opportunities available in our state and others. When an individual is identified I can be more specific as to what is required.

Finally, I would mention that in addition to whatever expense is involved with the personnel, that a functional skills curriculum is best supported by a small separate operating budget for the classroom. As you can imagine, if students are going to be taught daily living skills, for example, to make sandwiches, the teacher needs supplies to conduct such activities. I would suggest a minimal annual operating budget for this class would be about $10 a week for miscellaneous supplies. I also note that Mr. Wilkins does not have a stove in his classroom. I do not recall if he has a microwave but unlimited access to both of these is needed for the students' instruction in independent daily living skills.

In summary, the first issue that needs to be addressed is personnel. Once that person is identified, the second issue is transition assessment and thereafter, curriculum and opportunities in the area of functional activities and employment activities need to be developed. Thereafter, IEPs can be revised followed by monitoring and assessment.

I hope this outline is responsive to your inquiry.

Sincerely,

*Karen Rabren*

Karen Rabren, Ph.D.
Consultant

**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**

425 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

POST OFFICE BOX 116
MONTGOMERY, ALABAMA 36101-0116

TELEPHONE: (334) 834-7600
www.HillHillCarter.com

ERIKA PERRONE TATUM

Fax: (334) 263-5969
etatum@hillhillcarter.com
★Also Admitted in Georgia

January 21, 2005

Susan Shirock DePaola, Esquire
1726-B West Second Street
Montgomery, Alabama 36106

RE: *Gaddies Hill v. Elmore County Board of Education*

Dear Susan:

Pursuant to the hearing officer's January 6, 2005 Order, the Elmore County Board of Education responds to Dr. Karen Rabren's December 10, 2004 recommendations as follows:

The Board agrees to implement the recommendations with regard to Gaddies Hill. Gaddies will be provided with a transition assessment and Dr. Rabren will be utilized in evaluating the information and developing program goals. The Board has already identified several experiences, locations, activities, and job development sites in the community and will continue to do so with the assistance of Dr. Rabren.

Regarding the recommendation of the personnel structure, there are two job coaches in the school system with a background in vocational rehabilitation who will work with Gaddies and help coordinate transition activities. These job coaches will also gather the transition assessment data and meet with Dr. Rabren and Mr. Wilkins (or any other subsequent special education teacher for Gaddies) as needed to discuss the development of the functional and employment curriculum. The Board also agrees to have Dr. Rabren monitor the development of the program for Gaddies.

On the issue of the classroom, the Board agrees to have a $10 per week operating budget for Gaddies' classroom for miscellaneous supplies. Although a stove is not in Gaddies' classroom, the Board will ensure that there is access to the stove located in the home economics classroom at the high school.

Finally, the Board further commits to have Mr. Wilkins, the job coaches, and the paraprofessional who works with Gaddies participate in the transition conference held in March in Auburn.

**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**

Susan Shirock DePaola, Esquire
January 21, 2005
Page 2

I hope this resolves the due process hearing complaint. If you have any questions or feel that all of Dr. Rabren's recommendations were not addressed in this response please do not hesitate to contact me

Sincerely yours,

Erika Tatum

Erika Perrone Tatum

ET/wwm
Enclosure
5585.0004/f:DePaola, Susan S.-012105.wpd



# SUSAN SHIROCK DEPAOLA
# ATTORNEY AT LAW

1726 West Second Street    Suite B
Montgomery, Alabama 36106

Telephone:(334)262-1600
Facsimile: (334)262-1638

January 24, 2005

**VIA FACSIMILE & US MAIL**

Erika Tatum
PO Box 116
Montgomery, AL 36101-0116

### RE: Gaddies Hill

Dear Erica,

This letter is written in response to yours of January 21, 2005. I would suggest that the hearing officer enter an order which addresses the following points.

As I understand your letter, the system is not committing to implementing these recommendations for any student other that Gaddies Hill despite the section of Dr. Rabren's report which indicates that all of the identified activities are "equally critical for each of the students [she] observed in [the] class." In other words, they may or may not provide these services to other students. I want that point clearly understood by Dr. Rabren and specifically referenced in the hearing officer's order. If I do not understand their position please advise.

The Hearing Officer can then enter an order adopting Dr. Rabren's recommendations except as amended by your letter of January 21, 2005. I would envision both her recommendation and your letter would be exhibits to the final order.

Of course it was not Dr. Rabren's job to address issues such as compensatory services. At this time, Gaddies has lost not only all of the time prior to the last due process hearing, but an additional year and a half since that time without a community based program. I also don't expect the proposed program to be immediately operational.

Therefore, I would require that the Elmore County Board agree to provide an additional 12 months of educational services to Gaddies as follows. Those months will be provided during each summer and the mother can accept or decline the services if for some reason Gaddies would be unavailable during that summer. If the parent declines, the system will have fulfilled its obligation for that summer.

The summer services would be limited to the functional daily living skills at community experience sites three times per week and the work at job development sites

three days per week and of course the system would be required to provide transportation and personnel to oversee these activities.

I would also expect Dr. Rabren's monitoring to continue until such time as she feels that it is no longer required. We would also continue to receive her reports as set forth in her recommendations during that period.

Finally, of course, we would expect the Board to agree to pay the attorneys fees and costs that have been incurred by the parent in this proceeding. I am in the process of putting together an itemization but at this time the fee amount appears to be $4,403.00. I would not expect the expenses to exceed $100.00. Of course additional time may be incurred in resolving the issues in this case.

Please give me a call at your earliest convenience so that we can advise the hearing officer what issues are left in the case.

Very Truly Yours,

SUSAN SHIROCK DEPAOLA

C: J. Corbett

STATE DEPARTMENT OF

EDUCATION'S LETTER TO

ELMORE COUNTY SPECIAL

EDUCATION COORDINATOR

REQUESTING DOCUMENTATION

OF THEIR IMPLEMENTATION OF

THE 2/8/2005 ORDER FROM DUE

PROCESS HEARING OFFICER



**STATE OF ALABAMA**
# DEPARTMENT OF EDUCATION



Joseph B. Morton
State Superintendent
of Education

Alabama
State Board
of Education

Governor Bob Riley
President

Randy McKinney
District I

Betty Peters
District II

Stephanie W. Bell
District III

Dr. Ethel H. Hall
District IV
Vice President
Emerita

Ella B. Bell
District V

David F. Byers, Jr.
District VI

Sandra Ray
District VII
President Pro Tem
and Presiding Officer

Dr. Mary Jane Caylor
District VIII

Joseph B. Morton
Secretary and
Executive Officer

February 9, 2005

Mr. Marshall Anderson
Special Education Coordinator
Elmore County Board of Education
Post Office Box 817
Wetumpka, AL 36092-0014

Dear Mr. Anderson:

We are required to document compliance with due process hearing officer's orders within thirty days after receipt of the order. I would appreciate you providing this office with documentation of compliance with the order in the matter of Gaddies Hill v. Elmore County Board of Education. Your documentation should address items a-d and 1-11 of the settlement agreement.

Please send this information to Ms. Emily D. Graham, Special Education Services, Post Office Box 302101, Montgomery, Alabama 36130-2101, by March 10, 2005. If you have questions, please contact Ms. Graham at (334) 242-8114.

Sincerely,

Mabrey Whetstone, Ph.D.
Director
Special Education Services

MW/EDG/GMT

cc:   Mr. Jeffery E. Langham
      Ms. Fannie Adams
      Ms. Emily D. Graham

# ELMORE COUNTY RESPONSE

# DOCUMENTING THEIR

# IMPLEMENTATION OF THE 2/8/2005

# ORDER FROM DUE PROCESS

# HEARING OFFICER

March 09, 2005



Ms. Emily D. Graham
State Department of Education
Special Education Services
P.O. Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Graham,

Please find enclosed documentation of compliance with the order in the matter of Gaddies Hill v. Elmore County Board of Education.
Items a-d and 1-11 of the settlement agreement are addressed.

(a) Copies of transition assessment administered by Gaddies' special education teacher, and the Elmore County School System's occupational therapist.
(b) Copy of functional daily life skills needed will be addresses in Gaddies' IEP upon Dr. Rabren's approval, after she completes her findings and recommendations.
(c) Copy of employment development skills needed addressed in Gaddies' IEP upon Dr. Rabren's approval, after she completes her findings and recommendations.
(d) Other services recommended by petitioner's expert, Dr. Karen Rabren in a letter to the school system:

    1. Dr. Rabren has been contracted with to oversee Gaddies Hill's transition program only.
    2. Dr. Rabren's contract is for recommendations with respect to Gaddies Hill only.
    3. As stated in (a) of this order, transition assessments have been completed by Gaddies' special education teacher and our occupational Therapist. Dr. Rabren asked that Mr. Wilkins, Gaddies' special education teacher, Ms. Leisa Findley, job coach, and Mr. Troy Salter, Gaddies' one-on-one transition aide meet with her during the week of March 7-11, 2005, at the State Transition Conference, Auburn University. Dr. Rabren will provide recommendations and assistance in developing goals for Gaddies Hill.
    4. Transition assessment is completed and consultation with Dr. Rabren is ongoing with Gaddies' teacher, aide, and job coach during the Auburn University State Transition Conference, March 7-11, 2005. This item will be completed, as ordered, after the system receives Dr. Rabren's recommendations and her approval of functional and employment skills to be taught.

Due to Gaddies' many acts of physical violence and aggression against teachers, students, administrators, aides, his parents, and police officers working security at the school, Gaddies' was provided ESY transition services for eight weeks during the

summer of 2004 with a one-on-one aide. The based sites for both functional daily and employment development skills were schools in the Elmore County School System. Since school started for the 2004-2005 school year, Gaddies, with a one-on-one transition aide, has had his transition skills taught based at Wetumpka High School and Wetumpka Junior High School in the lunchrooms, around campus, and helping with assortment and distribution of snacks during breaks. Gaddies' attorney, Due Process Hearing Officer, Dr. Rabren, and his mother have all been made well aware of Gaddies' unpredictable violent behavior and the System's concern about the amount of community based sites/time recommended and ordered.

5. A job coach has been assigned to work with Gaddies, the teacher, and his one-on-one aide, and Dr. Rabren. The job coach will meet with Dr. Rabren once a week or as needed.

6. Gaddies' Special Education teacher and job coach will be responsible for developing a form for all reports and such forms will be monitored and completed by the teacher, job coach, and transition one-on-one aide.

7. The petitioner's (Gaddies) classroom will receive $10.00 per week separate from the $50.00 they already receive for documentation Purpose. Gaddies' classroom has access to the Home Economics Room next to his classroom on a regular basis, just as they have for the last ten years and as Gaddies' attorney and Dr. Rabren were told and got to observe while visiting his classroom to observe him and talk with his teacher, aide, and job coach.

8. Gaddies' special education teachers, job coach, and aide attended the transition conference held March 7-11, 2005 in Auburn, Alabama, Auburn University. Copies of their applications are included with this report. You may have copies of their receipts later if needed for documentation.

9. Documentation of Dr. Rabren's cessation of the need for services to the system will be provided as ordered.

10. Documentation will be provided to State Department of Education, if requested.

11. Documentation will be provided to State Department of Education, if requested.

12. A copy of payment for attorney fees is included with this report.

Sincerely,

Marshall D. Anderson

Marshall D. Anderson, Associate Superintendent
Elmore County Board of Education

MDA/ejw

Contract for Services
2004-2005 School Year

Because of the identifiable need for the provision of certain services for the Elmore County Board of Education, we have entered into this contract for the provision of these services with Dr. Karen Rabren, Transition Consulting Services for Gaddies Hill as ordered by the Hearing Officer.

Whereas, Elmore County School System has authority to enter into contract with a private person or group capable of contracting : and

Whereas, Dr. Karen Rabren has the capabilities to provide the needed services and Elmore County School System wishes to purchase the provision of these services for Gaddies Hill, MR student at Wetumpka High School.

Now therefore, the Elmore County School System and Dr. Karen Rabren, intending to be mutually bound and in consideration of the mutual convenants and stipulations set out herein, agree

1. The Elmore County Board of Education will reimburse Dr. Karen Rabren
   _____.

2. The Elmore County Board of Education is responsible for all contract obligations.

3. Dr. Karen Rabren is to have her claim form turned in to Joyce Woodall by the 14th of the month so that reimbursement may be paid at the end of the month.

4. The Elmore County Board of Education's mailing address is:  Mrs. Joyce Woodall, P.O. Box 817, Wetumpka, Alabama 36092

5. Reimbursement starts 03-07-2005 and will continue until Dr. Karen Rabren ends her services.

6. The Elmore County Board of Education will reimburse Dr. Karen Rabren travel at the State approved rate of .405 a mile if she travels to the Elmore County Board of Education.

This agreement contains the entire understanding of both parties and shall not be modified or altered in any way except by an agreement in writing and executed by the duly authorized official of both parties; however, this agreement may be terminated upon thirty (30) days written notice of either party to the other.

| | |
|---|---|
| _____ | _____ |
| Superintendent of Elmore County Board of Education | March 09, 2005 |
| | |
| _____ | _____ |
| Associate Superintendent of Elmore County Schools | March 09, 2005 |
| | |
| _____ | _____ |
| Transition Consultative Coordinator | March 09, 2005 |

## ELMORE COUNTY PUBLIC SCHOOLS
## OCCUPATIONAL THERAPY DEPARTMENT

Gaddies Hill is a 17-year-old male who attends Wetumpka High School. He was given the Developmental Test of Visual Motor Integration (VMI) to re-evaluate his visual-motor abilities. This test measures how well a student's visual perceptual and hand movements are well coordinated.  It involves copying shapes that gradually increase in complexity. Gaddies was not able to complete the entire test, as the items became too difficult for him. His raw score of 8 indicated an age equivalent of 4 years, 2 months, however no standard scores or percentiles were available for a raw score in this range.


*Camie Hawkins* MS, OTR/L

Camie Hawkins, MS, OTR/L     Date
Registered Occupational Therapist    02/23/05

# CAREER CLUSTERS

2/28/05                                                                                          **5.**

The four Career Clusters below can help you match your interests with possible careers. Each Career Cluster has hundreds of occupations, some of which are listed below.

 **TECHNICAL AND INDUSTRIAL** occupations are concerned with the theories and principles of designing and developing systems and products for efficient and economical performances.

 **HEALTH AND HUMAN SERVICES** occupations are concerned with meeting the needs of individuals by providing health, household, food, cleaning, personal, or protective services.

 **BUSINESS AND MARKETING** occupations are concerned with the organizational, administrative and general operations of government, industries, and businesses.

 **ARTS, HUMANITIES, AND COMMUNICATIONS** occupations are concerned with the creative application of science, research, and human experiences to enrich the quality of life for all humanity.

# CAREER INTEREST AREAS

The 11 Career Interest Areas below can help you match your interest with possible careers. Each Career Interest Area has hundreds of occupations, some of which are listed below. You may change careers several times during your working life, and may work in jobs that do not exist today.

1. **MECHANICAL AND INDUSTRIAL:** engineer, architect, electrical technician, tool designer, construction superintendent, production superintendent, drafter/designer, surveyor, air traffic controller, airplane pilot, airplane mechanic, auto mechanic, precision machinist, plumber, printer, welder, public utilities worker, safety inspector, truck driver, forklift operator, shipping-receiving clerk, roofer, film projectionist, bulldozer operator, crane operator, oil/tire change technician, electronic assembler, mechanical assembler, electronic technician, soldering technician, tool and die maker, building and machine maintenance.

2. **SCIENTIFIC:** chemist, environmental scientist, meteorologist, geologist, astronomer, mathematician, physicist, statistician, biologist, food technologist, soil conservationist, lab technician, pharmacist, surgical technician, robotics technician, laser technician.

3. **PLANTS AND ANIMALS:** farmer, forester, botanist, veterinarian, fish hatchery manager, zoo keeper, parks and recreation worker, animal trainer, groomer, farm or ranch worker, lumber worker, landscape technician.

4. **PROTECTIVE:** detective, fish and game warden, police officer, state trooper, FBI agent, firefighter, park ranger, private security guard, prison warden, fire inspector, dispatcher.

5. **PHYSICAL AND PERFORMING:** professional athlete, coach, sports instructor, health club owner, scout, referee.

**HUMANITARIAN AND MEDICAL:** audiologist, dentist, optometrist, physician, psychiatrist, speech pathologist, emergency medical technician, dietician, lab technician, nurse, physical therapist, social worker, counselor, day care worker, sociologist, psychologist, home health aide, minister, social worker, dental hygienist, medical assistant, occupational therapist.

**BUSINESS AND SELLING:** accounting clerk, customer service representative, realtor, professional salesperson, administrative assistant, purchasing agent, office manager, data entry clerk, bookkeeper, receptionist, bank teller, insurance agent, collections clerk, postal worker, hotel manager.

**ACCOMMODATING:** flight attendant, chef, host/hostess, cosmetologist, manicurist, waiter/waitress, travel agent, concierge, custodian, bus/taxi/limousine driver, special events coordinator, messenger/courier, dispatcher.

**COMPUTER AND INFORMATION TECHNOLOGY:** computer operator, network engineer, database analyst, system analyst, MIS programmer/analyst, network support technician, technical support representative, software engineer, web developer, web administrator, system design engineer.

**ARTISTIC:** novelist, poet, screenwriter, film editor, critic, commercial artist, cartoonist, florist, interior designer, photographer, writer, actor, announcer, disc jockey, drama teacher, musician, music teacher, singer, dancer, dance instructor, graphic artist, jeweler, model, modeling instructor.

**LEADING AND INFLUENCING:** politician, lobbyist, teacher, lawyer, paralegal, stock broker, coach, public relations coordinator, newspaper reporter/editor, bank officer, branch or departmental manager, marketing executive, accountant, financial analyst, institution director.

**What's your career interest area?**

For each item listed below, choose the activity you would rather do. It does not matter if you love them both or hate them both - you still must pick the one you would rather do, then circle it.

## WOULD YOU RATHER:

1. B. study the weather
   (E.) coach basketball

2. J. write a book about something you like
   (H.) find out why someone is sick and take care of them

3. (G.) keep business records for a company
   B. solve pollution problems

4. (A.) design an office building
   C. work on a farm

5. D. fight fires
   (G.) use a calculator to add up how much a company makes each day

6. (G.) help customers in a bank
   A. assemble or repair a car or the space shuttle

7. G. run a telephone switchboard
   (H.) help people decide where to go on vacation

8. (E.) scout baseball players for a minor league team
   G. deliver and distribute mail

9. A. drive a truck or operate a forklift
   (D.) solve a burglary

10. C. be in charge of replanting a forest
    (D.) supervise police officers

11. G. create letters and spreadsheets for the president of a company
    (H.) cut and style hair

12. (A.) assemble electronic parts for computers
    E. run a tennis camp

13. K. teach school
    (G.) sell TV, radio or newspaper ads

14. (E.) be in charge of timers at a track meet
    D. guard prisoners

15. J. teach drama
    (B.) conduct chemistry experiments to test the strength of plastics

16. (C.) train dogs
    D. be in charge of security for a company

17. A. operate a bulldozer or heavy equipment
    (I.) repair computers

18. F. help someone unemployed find a job
    (H.) greet and help hotel guests

19. H. be the host/hostess in a restaurant
    (F.) work with people in a mental health clinic

20. I. write a computer program
    (E.) keep score for a sporting event

21. (C.) manage a cattle ranch
    J. teach art

22. B. do DNA testing on blood
    (D.) give traffic tickets to law violators

23. A. prepare drawings using computer aided drafting (CAD)
    (G.) show and sell houses and land

24. (A.) design mechanical and electrical systems for airplanes
    G. sell cars

25. H. work as a flight attendant for an airline
    (K.) hire people for a company

26. J. design a poster using a computer
    (D.) guard money in an armored car

27. C. do surgery to cure a sick animal
    (B.) do tests on blood in a medical laboratory

A. sell clothes or sporting goods
(A) build a stereo from a blueprint

29. (K) argue cases in front of a judge
    I. develop a web page

30. H. collect tickets at a movie or play
    (E) referee a sporting event

31. A. weld parts together to build a missile
    (I) set up computer systems

32. K. be a TV newscaster
    (J) play a musical instrument

33. B. fill prescriptions in a pharmacy
    (F) help take care of elderly people

34. G. sell supplies to doctors
    (K) raise money for charity

35. D. enforce fish and game laws
    (K) work to get someone elected

36. F. take care of children at a day care center
    (E) teach aerobics

37. J. take pictures for a newspaper or magazine
    (A) use a machine to make a rocket part

38. B. determine the age of fossils
    (A) test and check products to make sure they were made correctly

39. B. calculate the time it takes to fly to Mars
    (I) test new computer programs

40. H. do ladies nails
    (D) be someone's body guard

41. F. help someone with a personal problem
    (H) serve meals to customers

42. B. design medical equipment for hospitals
    (I) design computer systems

43. J. write for a newspaper
    (K) buy or sell stocks in the stock market

44. (C) take care of animals
    F. help the disabled

45. (H) help people lose weight
    F. be an emergency medical technician (EMT)

46. I. link computers in an office
    (B) study the planets

47. K. run a department in a large company
    (C) manage a fish hatchery

48. (J) model for an artist or photographer
    E. teach ice skating

49. (I) surf the Internet
    J. design a new product that will be made in a factory

50. (K) coach a high school sports team
    E. teach swimming

51. F. help feed people in a hospital
    (H) drive a taxi

52. (B) test people to see if they need glasses
    C. do experiments with plants and animals

53. I. teach computer classes
    (K) be a politician

54. D. check buildings for fire hazards
    (F) run a health program

55. C. operate a lawn care service
    (D) make an arrest

56. E. teach people to ski
    (F) help patients make injured arms and legs stronger

57. C. plant and trim trees
    (E) operate a bowling alley

58. K. line up concerts for the Garrett Center
    (I) troubleshoot computer problems

59. J. draw and paint signs and billboards
    (H) drive a limousine

60. (J) pick and announce the music for a radio station
    I. determine what computers a company should buy

## R CLUSTER AND INTEREST INVENTORY RESULTS

E: _____

**STEP 1:** Go back through your survey, looking at the letters you chose for each answer and record your choices on the chart below. For example, on **question** 1 you chose either **"B"** or **"E"**. Find the **"B"** or **"E"** row on the chart and put an **"X"** in the box next to the letter you chose. Now go to **question 2**. You chose either **"J"** or **"H"**. Find the **"J"** or **"H"** rows on the chart and put an **"X"** in the 1st box. When you get a second answer with the same letter, put an **"X"** in the next block. Put an **"X"** in a block for each answer until you have "bars" built for each Career Interest Area.

| | | | | | | | | | | | | INTEREST AREAS | CLUSTERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | X | X | X | X | X | X | | | | | | Mechanical/Industrial | TECHNICAL AND INDUSTRIAL |
| B. | X | X | X | | | | | | | | | Scientific | |
| C. | X | X | X | | | | | | | | | Plants/Animals | |
| D. | X | X | X | X | X | | | | | | | Protective | HEALTH AND HUMAN SERVICES |
| E. | X | X | X | X | X | X | X | | | | | Physical/Performing | |
| F. | X | X | X | X | | | | | | | | Humanitarian | |
| G. | X | X | X | X | | | | | | | | Business | BUSINESS AND MARKETING |
| H. | X | X | X | X | X | X | X | | | | | Accommodating | |
| I. | X | X | X | X | X | | | | | | | Computer/Information | |
| J. | X | X | X | | | | | | | | | Artistic | ARTS HUMANITIES COMMUNICATIONS |
| K. | X | X | X | X | X | X | | | | | | Leading/Influencing | |

**STEP 2:** Look at your bars on the chart. The longest bar is your top Career Interest Area. List your top three Career Interest Areas in order (high to low) on the lines below and the clusters they represent.
Interest Area 1. _Accommodating_____ Cluster _Business + Marketing____
Interest Area 2. _Physical/Performing____ Cluster _Health + Human Services__
Interest Area 3. _Leading/Influencing____ Cluster _Arts Humanities_____

**STEP 3:** Descriptions of the Career Clusters and various job titles within each Career Interest Area are listed on pages 5 & 6 of this handout. Read about your top three (or more if you have a tie). Which one sounds best for you? Read through the lists of specific careers in your top areas. Circle all the ones that interest you.

**STEP 4:** Come back to this page and choose ONE of your top three Career Interest Areas, the one which seems best for you.
What is your Career Interest Area?_____
What is your Career Cluster? _____

# JOB PREFERENCES AND INTERESTS

The following survey will help you identify your job preferences and your interests. Keep this information in mind when you explore careers and companies. Your interests, your personal attitude, and your values should be suited to the jobs you decide to pursue.

## Job Preferences and Interests Survey

Look at the 19 items on this page and the following page. For the 9 items on this page, circle the responses that best describe you. For the 10 items on the following page, write a short answer to each question.

1. I enjoy working with
   a. information, ideas, words, numbers
   b. people
   c. machines and equipment

2. I prefer working
   a. indoors
   b. outdoors
   c. some inside and some outside

3. I want to work for a company
   a. with less than 100 employees
   b. with 100 to 500 employees
   c. with 500 or more employees
   d. that I own

4. I would like to work in a
   a. large city
   b. medium-size city
   c. town or suburban area
   d. small town or rural area

5. I prefer a job that involves
   a. a lot of travel
   b. some travel
   c. no travel

6. I want a job that requires
   a. talking to a lot of people
   b. talking to people some of the time
   c. very little contact with other people
   d. no contact with other people

7. I would like work duties that
   a. change a lot
   b. change some from day to day
   c. change very little
   d. never change

8. I am willing to work overtime
   a. as much as possible
   b. often
   c. sometimes
   d. never

9. For the right job I am
   a. happy to move to another location
   b. willing to move to another location
   c. not able to move to another location
   d. not willing to move to another location

© JIST Works

10. What are some things you like to do in your spare time?

*Stay Home and sleep*

11. What are your hobbies?

*Likes to play with toys*

12. Are you more comfortable as a team member or as a team leader?

*Team leader*

13. Where do you want to be doing 5 years from now?

*Playing basketball in PE*

14. Which of your past jobs did you like least? Why?


15. Which jobs did you like best? Why?


16. What kind of job would you do if you could choose any job you wanted?

*Pizza Hut*

17. Would you like to have more training? If so, what kind?


18. Why did you choose your previous field of work?


19. Using your responses to the items on this survey, how would you describe your most important work preferences?


I prefer a job where I: _____

© JIST Works



# SDS

## SELF-DIRECTED SEARCH ®

## FORM R
## 4th Edition

# ASSESSMENT BOOKLET

**A Guide to Educational and Career Planning**

**By John L. Holland, PhD**



**PAR** Psychological Assessment Resources, Inc.

This booklet may help you explore what occupation to follow. If you have already made up your mind about an occupation, it may support your idea or suggest other possibilities. If you are uncertain about what occupation to follow, the booklet may help you to locate a small group of occupations for further consideration. Most people find that filling out this booklet is helpful and fun. If you follow the directions carefully, page by page, you should enjoy the experience. Do not rush; you will gain more by approaching the task thoughtfully. Use a lead pencil, so you can erase easily.

Name Gaddies Hill

Age 18          Sex Male          Date February 15, 05

Years of education completed _____

**PAR** Psychological Assessment Resources, Inc. • 16204 N. Florida Avenue, Lutz, FL 33549 • 1.800.331.TEST • www.parinc.com

Copyright © 1970, 1977, 1985, 1990, 1994 by Psychological Assessment Resources, Inc. All rights reserved. May not be reproduced in whole or in part in any form or by any means without written permission of Psychological Assessment Resources, Inc.
9 8 7 6 5 4 3 2 1          Reorder #RO-2754          Printed in the U.S.A.

# Occupational Daydreams

1. List below the occupations you have considered in thinking about your future. List the careers you have daydreamed about as well as those you have discussed with others. Try to give a history of your daydreams. Put your most recent choice on Line 1 and work backwards to the earlier jobs you have considered.

**Occupation**                                                    **Code**

1. _____    [  ] [  ] [  ]

2. _____    [  ] [  ] [  ]

3. _____    [  ] [  ] [  ]

4. _____    [  ] [  ] [  ]

5. _____    [  ] [  ] [  ]

6. _____    [  ] [  ] [  ]

7. _____    [  ] [  ] [  ]

8. _____    [  ] [  ] [  ]

2. Now use The Occupations Finder. Locate the three-letter code for each of the occupations you just wrote down. This search for occupational codes will help you learn about the many occupations in the world. This task usually takes from 5 to 15 minutes. The Alphabetized Occupations Finder, which is available separately, may make your search easier.

If you can't find the exact occupation in The Occupations Finder, use the occupation that seems most like your occupational aspiration.

If you're in a hurry, do the coding after you complete this booklet.

3

Blacken under **L** for those activities you would like to do. Blacken under **D** for those things you would dislike doing or would be indifferent to.

# R

| | L | D |
|---|---|---|
| Fix electrical things | ☐ | ■ |
| Repair cars | ■ | ☐ |
| Fix mechanical things | ■ | ☐ |
| Build things with wood | ■ | ☐ |
| Take a Technology Education (e.g., Industrial Arts, Shop) course | ☐ | ■ |
| Take a Mechanical Drawing course | ■ | ☐ |
| Take a Woodworking course | ■ | ☐ |
| Take an Auto Mechanics course | ■ | ☐ |
| Work with an outstanding mechanic or technician | ☐ | ■ |
| Work outdoors | ■ | ☐ |
| Operate motorized machines or equipment | ☐ | ■ |

**Total No. of Ls** [ 7 ]

# I

| | L | D |
|---|---|---|
| Read scientific books or magazines | ☐ | ■ |
| Work in a research office or laboratory | ☐ | ■ |
| Work on a scientific project | ☐ | ■ |
| Study a scientific theory | ☐ | ■ |
| Work with chemicals | ☐ | ■ |
| Apply mathematics to practical problems | ☐ | ■ |
| Take a Physics course | ☐ | ■ |
| Take a Chemistry course | ☐ | ■ |
| Take a Mathematics course | ☐ | ■ |
| Take a Biology course | ☐ | ■ |
| Study scholarly or technical problems | ☐ | ■ |

**Total No. of Ls** [ 0 ]

# A

| | L | D |
|---|---|---|
| Sketch, draw, or paint | ■ | ☐ |
| Design furniture, clothing, or posters | ☐ | ■ |
| Play in a band, group, or orchestra | ■ | ☐ |
| Practice a musical instrument | ■ | ☐ |
| Create portraits or photographs | ☐ | ■ |
| Write novels or plays | ■ | ☐ |
| Take an Art course | ■ | ☐ |
| Arrange or compose music of any kind | ■ | ☐ |
| Work with a gifted artist, writer, or sculptor | ☐ | ■ |
| Perform for others (dance, sing, act, etc.) | ■ | ☐ |
| Read artistic, literary, or musical articles | ☐ | ■ |

**Total No. of Ls** [ 7 ]

4

## S

| | L | D |
|---|---|---|
| Meet important educators or therapists | ☐ | ■ |
| Read sociology articles or books | ☐ | ■ |
| Work for a charity | ■ | ☐ |
| Help others with their personal problems | ■ | ☐ |
| Study juvenile delinquency | ■ | ☐ |
| Read psychology articles or books | ☐ | ■ |
| Take a Human Relations course | ☐ | ■ |
| Teach in a high school | ■ | ☐ |
| Supervise activities for mentally ill patients | ☐ | ■ |
| Teach adults | ☐ | ■ |
| Work as a volunteer | ■ | ☐ |

**Total No. of Ls** `6`

## E

| | L | D |
|---|---|---|
| Learn strategies for business success | ☐ | ■ |
| Operate my own service or business | ☐ | ■ |
| Attend sales conferences | ☐ | ■ |
| Take a short course on administration or leadership | ☐ | ■ |
| Serve as an officer of any group | ■ | ☐ |
| Supervise the work of others | ■ | ☐ |
| Meet important executives and leaders | ☐ | ■ |
| Lead a group in accomplishing some goal | ☐ | ■ |
| Participate in a political campaign | ■ | ☐ |
| Act as an organizational or business consultant | ☐ | ■ |
| Read business magazines or articles | ☐ | ■ |

**Total No. of Ls** `3`

## C

| | L | D |
|---|---|---|
| Fill out income tax forms | ☐ | ■ |
| Add, subtract, multiply, and divide numbers in business or bookkeeping | ☐ | ■ |
| Operate office machines | ■ | ☐ |
| Keep detailed records of expenses | ☐ | ■ |
| Set up a record-keeping system | ☐ | ■ |
| Take an Accounting course | ☐ | ■ |
| Take a Commercial Math course | ☐ | ■ |
| Take an inventory of supplies or products | ☐ | ■ |
| Check paperwork or products for errors or flaws | ☐ | ■ |
| Update records or files | ■ | ☐ |
| Work in an office | ■ | ☐ |

**Total No. of Ls** `3`

**Competencies**

Blacken under **Y** for "Yes" for those activities you can do well or competently. Blacken under **N** for "No" for those activities you have never performed or perform poorly.

# R

| | Y | N |
|---|---|---|
| I have used wood shop power tools such as a power saw, lathe, or sander | ☐ | ■ |
| I can make a scale drawing | ☐ | ■ |
| I can change a car's oil or tire | ☐ | ■ |
| I have operated power tools such as a drill press, grinder, or sewing machine | ☐ | ■ |
| I can refinish furniture or woodwork | ☐ | ■ |
| I can make simple electrical repairs | ☐ | ■ |
| I can repair furniture | ☐ | ■ |
| I can use many carpentry tools | ■ | ☐ |
| I can make simple plumbing repairs | ☐ | ● |
| I can build simple articles of wood | ☐ | ■ |
| I can paint rooms of a house or an apartment | ☐ | ■ |

**Total No. of Ys** `1`

# I

| | Y | N |
|---|---|---|
| I can use algebra to solve mathematical problems | ☐ | ■ |
| I can perform a scientific experiment or survey | ☐ | ■ |
| I understand the "half-life" of a radioactive element | ☐ | ● |
| I can use logarithmic tables | ☐ | ● |
| I can use a computer to study a scientific problem | ■ | ☐ |
| I can describe the function of the white blood cells | ☐ | ■ |
| I can interpret simple chemical formulae | ☐ | ■ |
| I understand why man-made satellites do not fall to earth | ☐ | ■ |
| I can write a scientific report | ☐ | ■ |
| I understand the "Big Bang" theory of the universe | ☐ | ■ |
| I understand the role of DNA in genetics | ☐ | ■ |

**Total No. of Ys** `1`

# A

| | Y | N |
|---|---|---|
| I can play a musical instrument | ■ | ☐ |
| I can participate in two- or four-part choral singing | ☐ | ● |
| I can perform as a musical soloist | ■ | ☐ |
| I can act in a play | ☐ | ● |
| I can do interpretive reading | ■ | ☐ |
| I can do a painting, watercolor, or sculpture | ■ | ☐ |
| I can arrange or compose music | ☐ | ■ |
| I can design clothing, posters, or furniture | ☐ | ■ |
| I write stories or poetry well | ☐ | ● |
| I can write a speech | ☐ | ● |
| I can take attractive photographs | ☐ | ■ |

**Total No. of Ys** `3`

6

## S

|  | Y | N |
|---|---|---|
| I find it easy to talk with all kinds of people | ☑ | ☐ |
| I am good at explaining things to others | ☐ | ☑ |
| I could work as a neighborhood organizer | ☑ | ☐ |
| People seek me out to tell me their troubles | ☐ | ☑ |
| I can teach children easily | ☐ | ☑ |
| I can teach adults easily | ☐ | ☑ |
| I am good at helping people who are upset or troubled | ☐ | ☑ |
| I have a good understanding of social relationships | ☐ | ☑ |
| I am good at teaching others | ☐ | ☑ |
| I am good at making people feel at ease | ☑ | ☐ |
| I am much better at working with people than with things or ideas | ☐ | ☑ |

**Total No. of Ys** ⬜ 2

## E

|  | Y | N |
|---|---|---|
| I know how to be a successful leader | ☐ | ☑ |
| I am a good public speaker | ☐ | ☑ |
| I can manage a sales campaign | ☐ | ☑ |
| I can organize the work of others | ☐ | ☑ |
| I am an ambitious and assertive person | ☐ | ☑ |
| I am good at getting people to do things my way | ☐ | ☑ |
| I am a good salesperson | ☐ | ☑ |
| I am a good debater | ☐ | ☑ |
| I can be very persuasive | ☐ | ☑ |
| I have good planning skills | ☐ | ☑ |
| I have some leadership skills | ☐ | ☑ |

**Total No. of Ys** ⬜ 0

## C

|  | Y | N |
|---|---|---|
| I can file correspondence and other papers | ☐ | ☑ |
| I have held an office job | ☑ | ☐ |
| I can use an automated posting machine | ☐ | ☑ |
| I can do a lot of paperwork in a short time | ☐ | ☑ |
| I can use simple data processing equipment | ☐ | ☑ |
| I can post credits and debits | ☐ | ☑ |
| I can keep accurate records of payment or sales | ☐ | ☑ |
| I can enter information at a computer terminal | ☐ | ☑ |
| I can write business letters | ☐ | ☑ |
| I can perform some routine office activities | ☐ | ☑ |
| I am a careful and orderly person | ☐ | ☑ |

**Total No. of Ys** ⬜ 1

7

# Occupations

This is an inventory of your feelings and attitudes about many kinds of work. Show the occupations that *interest* or *appeal* to you by blackening under Y for "Yes." Show the occupations that you *dislike* or find *uninteresting* by blackening under N for "No."

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Airplane Mechanic | ■ | ☐ | Career Counselor | ☐ | ■ |
| Auto Mechanic | ■ | ☐ | Sociologist | ■ | ☐ |
| Carpenter | ■ | ☐ | High School Teacher | ☐ | ■ |
| Truck Driver | ☐ | ■ | Substance Abuse Counselor | ☐ | ■ |
| Surveyor | ☐ | ■ | Juvenile Delinquency Expert | ☐ | ■ |
| Construction Inspector | ■ | ☐ | Speech Therapist | ☐ | ■ |
| Radio Mechanic | ■ | ☐ | Marriage Counselor | ☐ | ■ |
| Locomotive Engineer | ☐ | ■ | Clinical Psychologist | ☐ | ■ |
| Machinist | ☐ | ■ | Social Science Teacher | ☐ | ■ |
| Electrician | ☐ | ■ | Personal Counselor | ☐ | ■ |
| Farmer | ■ | ☐ | Youth Camp Director | ☐ | ■ |
| Helicopter Pilot | ☐ | ■ | Social Worker | ☐ | ■ |
| Electronic Technician | ☐ | ■ | Rehabilitation Counselor | ☐ | ■ |
| Welder | ☐ | ■ | Playground Director | ☐ | ■ |

**Total R Ys** [6]   **Total S Ys** [1]

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Meteorologist | ☐ | ■ | Buyer | ☐ | ■ |
| Biologist | ☐ | ■ | Advertising Executive | ☐ | ■ |
| Astronomer | ☐ | ■ | Manufacturer's Representative | ☐ | ■ |
| Medical Laboratory Technician | ☐ | ■ | Business Executive | ☐ | ■ |
| Anthropologist | ☐ | ■ | Master of Ceremonies | ☐ | ■ |
| Chemist | ☐ | ■ | Salesperson | ☐ | ■ |
| Independent Research Scientist | ☐ | ■ | Real Estate Salesperson | ☐ | ■ |
| Writer of Scientific Articles | ☐ | ■ | Department Store Manager | ☐ | ■ |
| Geologist | ☐ | ■ | Sales Manager | ☐ | ■ |
| Botanist | ☐ | ■ | Public Relations Executive | ☐ | ■ |
| Scientific Research Worker | ☐ | ■ | TV Station Manager | ☐ | ■ |
| Physicist | ☐ | ■ | Small Business Owner | ☐ | ■ |
| Social Science Researcher | ☐ | ■ | Legislator | ☐ | ■ |
| Environmental Analyst | ☐ | ■ | Airport Manager | ☐ | ■ |

**Total I Ys** [0]   **Total E Ys** [0]

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Poet | ■ | ☐ | Bookkeeper | ☐ | ■ |
| Musician | ■ | ☐ | Budget Reviewer | ☐ | ■ |
| Novelist | ☐ | ■ | Certified Public Accountant | ☐ | ■ |
| Actor/Actress | ☐ | ■ | Credit Investigator | ☐ | ■ |
| Free-Lance Writer | ☐ | ■ | Bank Teller | ☐ | ■ |
| Musical Arranger | ☐ | ■ | Tax Expert | ☐ | ■ |
| Journalist | ☐ | ■ | Inventory Controller | ☐ | ■ |
| Artist | ■ | ☐ | Computer Operator | ☐ | ■ |
| Singer | ■ | ☐ | Financial Analyst | ☐ | ■ |
| Composer | ☐ | ■ | Cost Estimator | ☐ | ■ |
| Sculptor/Sculptress | ☐ | ■ | Payroll Clerk | ☐ | ■ |
| Playwright | ☐ | ■ | Bank Examiner | ☐ | ■ |
| Cartoonist | ■ | ☐ | Accounting Clerk | ☐ | ■ |
| Entertainer | ☐ | ■ | Audit Clerk | ☐ | ■ |

**Total A Ys** [5]   **Total C Ys** [0]

8

1. Rate yourself on each of the following traits *as you really think you are when compared with other persons your own age.* Give the most accurate estimate of how you see yourself. Circle the appropriate number and *avoid rating yourself the same in each ability.*

| | Mechanical Ability | Scientific Ability | Artistic Ability | Teaching Ability | Sales Ability | Clerical Ability |
|---|---|---|---|---|---|---|
| High | 7 | 7 | 7 | 7 | 7 | 7 |
| | 6 | 6 | 6 | (6) | 6 | 6 |
| | 5 | 5 | 5 | 5 | 5 | 5 |
| Average | 4 | 4 | 4 | 4 | 4 | 4 |
| | 3 | 3 | (3) | 3 | (3) | 3 |
| | (2) | 2 | 2 | 2 | 2 | 2 |
| Low | 1 | (1) | 1 | 1 | 1 | (1) |
| | **R** | **I** | **A** | **S** | **E** | **C** |

| | Manual Skills | Math Ability | Musical Ability | Under-standing of others | Managerial Skills | Office Skills |
|---|---|---|---|---|---|---|
| High | (7) | 7 | 7 | 7 | 7 | 7 |
| | 6 | 6 | (6) | 6 | 6 | 6 |
| | 5 | 5 | 5 | 5 | 5 | 5 |
| Average | 4 | (4) | 4 | 4 | 4 | 4 |
| | 3 | 3 | 3 | (3) | 3 | (3) |
| | 2 | 2 | 2 | 2 | 2 | 2 |
| Low | 1 | 1 | 1 | 1 | (1) | 1 |
| | **R** | **I** | **A** | **S** | **E** | **C** |

9

# How To Organize Your Answers

Start on page 4. Count how many times you said L for "Like." Record the number of Ls or Ys for each group of Activities, Competencies, or Occupations on the lines below.

**Activities** (pp. 4-5)

| 7 | 8 | 7 | 6 | 3 | 3 |
|---|---|---|---|---|---|
| R | I | A | S | E | C |

**Competencies** (pp. 6-7)

| 1 | 1 | 3 | 2 | 8 | 1 |
|---|---|---|---|---|---|
| R | I | A | S | E | C |

**Occupations** (p. 8)

| 6 | 8 | 5 | 1 | 8 | 8 |
|---|---|---|---|---|---|
| R | I | A | S | E | C |

**Self-Estimates** (p. 9)
(What number did
you circle?)

| 2 | 1 | 3 | 6 | 3 | 1 |
|---|---|---|---|---|---|
| R | I | A | S | E | C |

| 7 | 4 | 6 | 3 | 1 | 3 |
|---|---|---|---|---|---|
| R | I | A | S | E | C |

**Total Scores**
(Add the five R scores,
the five I scores, the
five A scores, etc.)

| 23 | 6 | 24 | 18 | 7 | 8 |
|----|---|----|----|---|---|
| R | I | A | S | E | C |

The letters with the three highest numbers indicate your Summary Code. Write your Summary Code below.
(If two scores are the same or tied, put both letters in the same box.)

# Summary Code



| A | R | S |
|---|---|---|
| Highest | 2nd | 3rd |

10

# What Your Summary Code Means

Your Summary Code is a simple way of organizing information about people and jobs. It can be used to discover how your special pattern of interests, self-estimates, and competencies resembles the patterns of interests and competencies that many occupations demand. In this way, your Summary Code locates suitable groups of occupations for you to consider.

It is vital that you search The Occupations Finder for every possible ordering of your three-letter code. For example, if you are an ESC, search for all the **ESC, ECS, SEC, SCE, CES,** and **CSE** occupations by completing Steps 1 and 2.

Step 1. Find the occupations whose codes are *identical* with yours and list those occupations that are of interest to you. If your code is **SEI,** occupations with codes **SEI** are identical. Go to Step 2, whether or not you find an occupation with a code identical to yours.

**Summary Code** _____ARS_____

| Occupation | Education | Occupation | Education |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 2. Make a list of occupations whose Summary Codes *resemble* yours. Search The Occupations Finder for the five arrangements of your code. For example, if your code is **IRE,** search for occupations with codes of **IER, RIE, REI, EIR,** and **ERI.** Start by writing down the five possible letter arrangements of your Summary Code. (If your Summary Code includes a tie such as **RIEA,** you must look up more letter combinations and their arrangements.)

**Similar Codes** _____  _____  _____  _____  _____

| Occupation | Education | Occupation | Education |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Go to the Next Page