
THE CAREER GAME
EDITION
SUCCESS
How to
find the
Best Jobs
for you
Item # BX

*Every day you come closer to the age when you will pick your job or career. But there are so many jobs! How can you learn which ones you would enjoy and do well?*

*The things you do every day are full of clues that can help you. If you learn to understand yourself, it will be easier to choose a career that you'll like.*

*This book will teach you how to find your own clues. You begin by writing down the thoughts and feelings that make you the special person you are.*

*Don't worry about wrong answers, this is not a test. Just think hard and be honest with yourself.*

***THIS IS A TRIP [illegible] FORGET!***

**RICK TROW PRODUCTIONS, INC.**
P.O. Box 291, New Hope, PA 18938 (800) 247-9404
© Copyright 1993,1994 All Rights Reserved
17TM Printing 2002

PERFORMING

## *WHAT YOU DO WELL*

*We all have different skills and talents. A young boy who was handy with tools grew up to be a builder of homes. A girl who took extra good care of her pets became an animal doctor.*

*Write down what you do well. If you have trouble thinking of anything, ask a friend to help you.*

***Things I do well:***

1. Working in Lunchroom
2. Watch airplane
3. Clean up

HELPING

BEING STRONG

COOKING

## *WHAT MAKES YOU PROUD*

*Being proud is that good feeling you get when you've done something right. You want to pick a job that lets you feel that way every single day.*

*Like the boy who was proud of his picture taking. He grew up to work for a newspaper - and now he's just as proud of the photos he creates for everyone to see.*

***What makes you proud?***

1. Proud of Work
2. Cut grass
3. My Aunts

TEACHING

FIGURING THINGS OUT

SPEAKING

## WHAT YOU ENJOY

You'll be spending a lot of time at your job, so you should be doing something you like. And even at your age, you can find clues that point to jobs that will make you happy.

We know a young girl who built a lemonade stand in front of her house. She loved getting people to stop their cars to buy her cold drinks. When she grew up, she became a very successful store owner.

Explore your own life for things that are exciting to you. Write them down here.

1. Play nintendo games
2. Play Basketball
3. Shoot Hoops

SCIENCE



SUCCESS

## YOUR VERY MOST IMPORTANT THINGS

Lots of things may be important to you. But to find the best jobs, you need to learn which are ***your very most important.***

*Think about it. If being outdoors is more important than anything, you sure won't enjoy a job where you sit in an office. If being with people is most important, you wouldn't be a very happy truck driver.*

*Here are some examples to get you started thinking.*

WORKING WITH PEOPLE

HELPING THE COMMUNITY

EXPRESSING IDEAS BEING CREATIVE

HAVING POWER FINDING A CHALLENGE

EARNING MONEY

*Write your personal **very most important** things in the spaces below.*

*Don't just pick from our examples, think of your own, too.*

***Remember, you're doing this for YOU, not for us!***

Making my bed up

Cleaning up my room

[illegible] outside

FAMILY



## PEOPLE YOU ADMIRE

Who do you respect and why? One girl was so impressed with the patience and kindness of her first grade teacher that she went to college and became one herself.

PEOPLE I ADMIRE:

1 Momma
2 My Aunt
3 Octavius Taeboo

REASON WHY:

1 All the time
2 Admire aunt She whoop me
3 Cause he's my friend

## FAVORITE PLACES

We all have places where we feel comfortable, and places we don't. One boy always liked to be in the school gymnasium. Today he's happy with his job at a health club.

| WHERE I LIKE TO BE: | WHERE I DON'T: |
|---|---|
| 1 School gym | 1 To the dentist |
| 2 Commons area | 2 get shots |
| 3 Classroom | 3 go to movies |

## EXPLORE YOUR ROOM

...important clues right under your nose!

...travel posters to her wall grew ... Her brother filled his ... today he's the head chef at

... Are you

☒ ... ☐ ... messy? ☐ Totally sloppy?

... shelves or in drawers.

What books or magazines do you read?

Sports magazines, the Bulls Cartoons, WWF Wrestling magazine

Any games, hobbies or favorite things?

Basketball – nintendo games, playing with my nintendo games

Use the space below to add anything we might have left out.

What do these clues tell you about yourself?

I Like games



## YOUR INTERESTS

*Here's a list of different things that you might enjoy doing.*

*Put a ✓ next to the ones that sound like fun to you, even if you've never tried them before. For example, if you think **you'd like** to use tools, mark a ✓ in its box:*

| Use Tools | ✓ |
|---|---|

*If you think you **wouldn't like** to use tools, leave the box blank, like this:*

| Use Tools | |
|---|---|

| Activity | |
|---|---|
| Use Tools | ✓ |
| Figure Out a Problem | |
| Give Directions | |
| Run for Class Office | |
| Plan Events | |
| Sing on a Stage | |
| Fix a Car | ✓ |
| Learn About Diseases | |
| Interview People | |
| Save Money | |
| Make Lists | |
| Take Pictures | |

| Activity | |
|---|---|
| Build Models | |
| Study Planets | |
| Join a Club | |
| Argue Your Point | |
| Organize a Notebook | ✓ |
| Visit an Art Gallery | |
| Sleep in a Tent | ✓ |
| Do Science Projects | |
| Make People Laugh | |
| Sell Things | |
| Make Your Room Neat | ✓ |
| Write Stories | |

| Activity | Check |
|---|---|
| Drive a Bus | ✓ |
| Play Chess | |
| Go to a Dance | |
| Lead a Group | |
| Follow Rules | |
| Design Clothes | |
| Explore a Forest | |
| Program a Computer | |
| Run a Garage Sale | |
| Organize Meetings | |
| Keep a Diary | |
| Dance on a Stage | |

| Activity | Check |
|---|---|
| Connect a Stereo | |
| Use a Calculator | |
| Make a Speech | |
| Start a Club | |
| Look up Information | |
| Write Songs | |
| Operate Machines | ✓ |
| Read a Road Map | |
| Entertain Guests | |
| Take Charge | |
| Work in a Group | |
| Write About Feelings | |



| Activity | Check |
|---|---|
| Go Fishing | ✓ |
| Visit a Science Museum | |
| Care for Sick People | |
| Trade Things | |
| Fill in a Chart | |
| Play an Instrument | |
| Repair a Bike | ✓ |
| Solve Puzzles | |
| Meet New People | |
| Speak Your Opinion | |
| Be On Time | |
| Be Different | |

| Activity | Check |
|---|---|
| Take Care of Animals | ✓ |
| Use a Microscope | |
| Coach a Team | |
| Appear on T.V. | |
| Collect Things | |
| Compose Music | |
| Cook at a Picnic | ✓ |
| Do Math Problems | |
| Give First Aid | |
| Talk About Politics | |
| Play on a Team | |
| Arrange Flowers | |

| Activity | Check |
|---|---|
| Paint a Room | ✓ |
| Study the Human Body | |
| Teach a Friend | |
| Be Team Captain | |
| Follow Instructions | |
| Make Videos | |
| Build a Fence | ✓ |
| Test Air Pollution | |
| Write Letters | |
| Visit Congress | |
| Take Good Messages | |
| Draw Pictures | |

| Activity | Check |
|---|---|
| Target Shooting | ✓ |
| Read Science Fiction | |
| Settle an Argument | |
| Study Laws | |
| Straighten Out a Closet | |
| Direct a Play | |
| Plant a Garden | ✓ |
| Take Apart a Frog | |
| Read Stories to Kids | |
| Take a Risk | |
| Put Things in Order | |
| Decorate a Room | |



## FINDING YOUR BEST COLORS

***Go Back,***
*and count how many boxes you've checked for each color. For example, if you count 10 Yellow checks, put a 10 in the box next to the Yellow on this page ...*

*like this:*

| Yellow | 10 |
|---|---|

***Write Your Numbers Here:***

| Color | Score |
|---|---|
| Yellow | 13 |
| Orange | |
| Red | |

| Color | Score |
|---|---|
| Purple | |
| Blue | 6 |
| Green | |

***Next,***
*copy your Yellow Score into the box on the top of page 14.*

*Then copy your Orange Score into the box on the top of page 16.*

*Keep turning pages and copying until you have written down all of your scores.*

*Look at your **highest scoring** colors to find the careers you're most likely to enjoy. If you don't understand some of the names, ask your teacher or counselor to explain.*

***Go Ahead, Explore Your Career Universe ...***


13
Many people in this group love being outside in the fresh air. They like to build and fix things. They enjoy working with tools and machines.
EMERGENCY MEDICAL TECHNICIAN
ELECTRONICS
CARPET INSTALLER
AUTO REPAIR
FARMER
MECHANIC
PAINTER
GARDENER
AIRCRAFT PILOT
CONSTRUCTION MANAGER
DRIVER
LANDSCAPE ARCHITECT
LABORER
ANIMAL CARE
CONSERVATION SCIENTIST
ROOFER
REPAIR PERSON
CARPENTER
LABORATORY TECHNICIAN
PLUMBER
These are only a few of the many careers in the Yellow Universe.


Put Your
ORANGE
Score Here
If you scored high in Orange, you might enjoy a career that challenges your mind.
People in this group are curious about new ideas. They like to figure out their own answers to problems. They do well in science.
VETERINARIAN
CHEMIST
MARKET RESEARCHER
PSYCHOLOGIST
PHYSICAL THERAPIST
SUCCESS
AGRICULTURAL SCIENTIST
FINANCIAL MANAGER
GEOLOG
COMPUTER PROGRAMMER
DENTAL HYGIENIST
These are only a few of the many careers in the Orange Universe.

*Put Your RED Score Here*

*If you scored high in RED, you might enjoy a career that lets you work closely with people.*

*People in this group are usually very friendly. They are patient and good at explaining things. They become wonderful helpers and teachers.*

CHILD CARE WORKER

TEACHER

NURSE

ATHLETIC TRAINER

PERSONNEL MANAGER

COUNSELOR

RECREATION LEADER

RELIGIOUS WORK

FLIGHT ATTENDANT

*These are only a few of the many careers in the Red Universe.*


Put Your
PURPLE
Score Here
If you scored high in Purple, you might enjoy a career that lets you become a leader.
People in this group are good at getting their point across to others. They have lots of confidence and enjoy being in charge of things.
REAL ESTATE BROKER
EDUCATION ADMINISTRATOR
BUYER
JUDGE
LOAN OFFICER
LAWYER
HOTEL MANAGER
COLLEGE FACULTY
DVERTISING MANAGER
These are only a few of the many careers in the Purple Universe.


Put Your
BLUE
Score Here
If you scored high in Blue, you might enjoy a career that lets you keep things organized.
People in this group are neat and careful. They are good at following rules. They enjoy being part of a team, and work well with others.
POSTAL WORKER
ACCOUNTANT
POLICE OFFICER
SECRETARY
ANALYST
PARALEGAL
BOOKKEEPER
LEGAL ASSISTANT
MUSEUM CURATOR
CLERK
CASHIER
BANK TELLER
PLANNER
AIR TRAFFIC CONTROLLER
LIBRARIAN
MEDICAL ASSISTANT
EEG TECHNOLOGIST
careers in the
Blue Universe.


Put Your GREEN Score Here
If you scored high in Green, you might enjoy a career that lets you use your imagination.
People in this group are independent and original. With talent, many do well in music and art. Other jobs also need creative thinkers.
RADIO & TELEVISION
PRODUCT DEVELOPMENT
ARCHITECT
PRINTER
ADVERTISING
PHOTOGRAPHER
DESIGNER
MUSICIAN
DANCER
CAMERA OPERATOR
WRITER
VISUAL ARTIST
SUCCESS
HAIRDRESSER
ACTOR
DIRECTOR
CHOREOGRAPHER
COSMETOLOGIST
These are only a few of the many careers in the Green Universe.

## YES YOU CAN!

We hope this book has helped you see the clues that are all around you. Exploring your life for the things that make you special is the first step in finding a successful career.

The second step is...

## BELIEVING
## You Can Succeed!

*Here's an interesting experiment. Try to fill every one of the spaces below with the name of a bird you would know if it walked right past you. When you're finished, read the back cover of this book.*

***Birds I Can Identify:***

Do not know ______ 6 ______

______ 7 ______

______ 8 ______

______ 9 ______

______ 10 ______

*No fair peeking at the back cover until you've tried your best to fill in every space.*



## ...RE ONE OF A KIND

*No one else in the world will fill this book with exactly the same answers that you have. If you've been honest with yourself, you're on your way to planning your future.*

*You may want to go further by making a file of ideas that will help you pick a career. Here are a few suggestions:*

*Keep this book. Check back every year to see if your feelings have changed - and it's OK if they do!

*Cut out stories about jobs that sound good to you.

*Speak to adults who are working at jobs you think you might like. Write down what you learn.

*Add anything else you want. Remember it's YOUR file!

*There's an exciting trip ahead, and you'll have many questions along the way. Share them with your teachers and counselors. Not too long ago, they made this same journey. The career they chose was to help you become the best person you can possibly be.*

*... of your life is nothing to get lazy about. ... thinking about it today.*

Use only with Optional Counselor Tools Software

Name: Gaddis Hill

Educational Goal:

☐ High School ☐ High School + 2 (Technical) ☐ College

Color Scores:

| Color | Score | Color | Score | Color | Score |
|---|---|---|---|---|---|
| Yellow | 13 | Red | | Blue | |
| Orange | | Purple | | Green | |

ELMORE COUNTY BOARD OF EDUCATION

Out-Of-System or In-House Workshop Request Using Title Funds/State Staff Development Funds

Name of Person Attending Gregory Wilkins

Date of Trip March 7-9, 2005

Destination Transition Workshop @ Auburn University

Workshop Title/Conference Sponsor Transition XV Auburn University

Is this required by the State Department of Education or other agency? Yes ✓ No ____

How will this workshop/conference increase student achievement? The programs presented at this conference will help me to provide better transition services and programs for my students.

What documentation will you use to demonstrate this experience improved student achievement? Student progress reports, data collection and work transition sheets.

Estimated Expenses:

Transportation (estimated mileage x $.375) Yes (may not always be applicable)

Meals ($30 per day maximum) Yes (may not always be applicable)

Lodging No

Registration Fee $100.00

Substitute needed? Yes ✓ No ____ How many days? 3

Principal Approval [signature] (Signature) Date 1-25-05

(For Office Only)

Date Received 1/27/05

Program Coordinator Approval Yes ✓ No ____ [signature] (Signature)

Account to be used to defray expenses [signature]

PLEASE NOTE: Reimbursement for meals shall not exceed $30.00 per day. Actual itemized receipts must be provided. Credit card receipts will not be accepted for any expenses.

Account #

Revised 3/03

12-5-2215-312-7040-4130-0-8220-0000

**ELMORE COUNTY BOARD OF EDUCATION**
**Request for Detached Duty**

**Required meeting?** YES ☑ NO ☐
**Administrator's Initials** [signature]

SCHOOL: Wetumpka High School

NAME: Gregory Wilkins

DATE OF REQUESTED DETACHED DUTY: March 7-9, 2005

DETAILED REASON FOR REQUEST: To attend Transition Workshop at Auburn University

PLEASE CHECK WHO IS RESPONSIBLE FOR PAYMENT:

____ Title I (Donna Goodwin)

~~State~~ Professional Development Funds (Andre' Harrison)

✓ Title II. Part A-Staff/Professional Development (Andre' Harrison)

____ Title II. Part D-Technology (Davis Brock)

____ Drug Free (Billy Womble)

____ School (CHECK MUST BE SENT WITH PAYROLL)

____ Other ____________

____ County Office (MUST BE APPROVED BY SUPERINTENDENT)

____ No Sub Needed

[signature] SIGNATURE OF EMPLOYEE

[signature] SIGNATURE OF ADMINISTRATOR

**The top portion must be completed before submitting to Central Office**

ACCT.# 12 -5- 2215 -180 -8620 -4130 -0 -8220 -0000

[signature] Director of Program

1/27/05 Date of Approval

Superintendent (only if County is responsible for payment)

Date of Approval

**PLEASE MAKE A COPY OF THIS APPROVED FORM AND SEND IT IN WITH THE MONTHLY PAYROLL.**

7/16/04

**ELMORE COUNTY BOARD OF EDUCATION**
**Out-Of-System or In-House Workshop Request Using Title Funds/State Staff Development Funds**

**Name of Person Attending** Leisa Finley

**Date of Trip** March 7, 8 + 9th

**Destination** Alabama Transition Conference - Auburn

**Workshop Title/Conference Sponsor** ↓

**Is this required by the State Department of Education or other agency?** Yes ______ No X

**How will this workshop/conference increase student achievement?** I work with students in Transition

**What documentation will you use to demonstrate this experience improved student achievement?** ______

**Estimated Expenses:**

Transportation (estimated mileage x $.~~365~~ .405) 290 miles for 3 days (*may not always be applicable*)

Meals ($30 per day maximum) ______ (*may not always be applicable*)

Lodging ______

Registration Fee $100

Substitute needed? Yes ______ No X How many days? ______

**Principal Approval** Marshall D. Anderson (*Signature*) **Date** 01/28/05

*(For Office Only)*

**Date Received** 1/31/05

**Program Coordinator Approval** Yes ✓ No ______ [signature] (*Signature*)

**Account to be used to defray expenses** 12-5-2215-312-7040-4130-0-8220-0000

**PLEASE NOTE:** Reimbursement for meals shall not exceed $30.00 per day. Actual itemized receipts must be provided. Credit card receipts will not be accepted for any expenses.

Revised 8-02

# ELMORE COUNTY BOARD OF EDUCATION
## REQUEST FOR DETACHED DUTY

SCHOOL: WHS

NAME: Leisa Finley

**Required meeting?**
YES ☐ NO ☐
**Administrator's Initials** ____

DATE OF REQUESTED DETACHED DUTY: March 7, 8, 9

DETAILED REASON FOR REQUEST: to attend Alabama Transition Conference

PLEASE CHECK WHO IS RESPONSIBLE FOR PAYMENT:

____ Title I (Donna Goodwin)

____ State Professional Development Funds (Peggy Teel)

✓ Title II, Part A-Staff Development (Peggy Teel)

____ Title II, Part D-Technology (Davis Brock)

____ Drug Free (Nan Eason)

____ School (CHECK MUST BE SENT WITH PAYROLL)

____ Other ____________

____ County Office (MUST BE APPROVED BY SUPERINTENDENT)

X No Sub Needed

Leisa [signature] SIGNATURE OF EMPLOYEE

Marshall D. Anderson SIGNATURE OF ADMINISTRATOR

**The top portion must be completed before submitting to Central Office**

**ACCT #** _ _ -5- _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

[signature] Director of Program

1/31/05 Date of Approval

Superintendent (only if County is responsible for payment)

Date of Approval

**PLEASE MAKE A COPY OF THIS APPROVED FORM AND SEND IT IN WITH THE MONTHLY PAYROLL.**

REVISED 8/6/03