IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


G.H., etc., et al.,              )
                                 )
     Plaintiffs,                 )
                                 )      CIVIL ACTION NO.
     v.                          )         2:05cv541-T
                                 )
ELMORE COUNTY BOARD OF           )
EDUCATION, et al.,               )
                                 )
     Defendants.                 )

ORDER

It is ORDERED that defendant Alabama Department of Education's motion to dismiss (Doc. No. 8) is set for submission, without oral argument, on August 26, 2005, with all briefs due by said date.

DONE, this the 20th day of July, 2005.


         /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE