IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| G.H., etc., et al., )<br>)<br>  Plaintiffs, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv541-T |
| )<br>ELMORE COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>  Defendants. ) | |

**ORDER**

It is ORDERED that defendant Alabama Department of Education's motion to amend (Doc. No. 9) is granted. The court assumes that the other parties have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 20th day of July, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**