IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

G.H., a minor, by his mother, Juanita Corbett
as his next friend, and JUANITA CORBETT,

    Plaintiffs,

-vs-

ELMORE COUNTY BOARD OF EDUCATION,
*et al.*,

    Defendants.

Case No. 2:05-cv-541-T

# REPORT OF RULE 26(F) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held between counsel for the parties on Tuesday, August 10, 2005, at 1:30 p.m., at the offices of Hill, Hill, Carter, Franco, Cole & Black, P.C., and now submit the following Report of that meeting to the Court for its consideration.

1. The meeting was attended by:

    a. Susan Shirock DePaola and Sharon Gilbert Yates for Plaintiffs;

    b. James R. Seale and Erika Perrone Tatum for Defendants Elmore County Board of Education and Marshall Anderson; and

    c. Darnell Coley for Defendants State Department of Education and Mabrey Whetstone.

2. Pre-discovery disclosures. The parties will exchange by September 15, 2005, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: all matters raised in the Complaint, any amendments to the Complaint and any Answer;

    b. All discovery commenced in time to be completed by January 15, 2006;

    c. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service;

    d. Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service;

    e. Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service;

    f. Unless otherwise agreed to by the parties, a maximum of 15 depositions by Plaintiff and 15 depositions by Defendants;

    g. Each deposition, other than that of the parties, limited to a maximum of 5 hours, unless otherwise agreed to by the parties. Parties' depositions limited to a maximum of 7 hours, unless otherwise agreed to by the parties;

    h. Reports from retained experts under Rule 26(a)(2) due:

        1) from Plaintiff by November 1, 2005; and
        2) from Defendants by December 1, 2005; and

    i. Supplementations under Rule 26(e) a reasonable time after discovery.

4. Other matters.

    a. The parties do not request a conference with the Court before entry of the Scheduling Order;

    b. Plaintiffs should be allowed until October 1, 2005 to amend the pleadings as allowed by this Court;

    c. Defendant should be allowed until November 1, 2005 to amend the pleadings as allowed by this Court;

    d. All potentially dispositive motions should be filed by November 15, 2005;

    e. Settlement cannot be realistically evaluated prior to October, 2005;

    f. The parties request a final pretrial conference in February, 2006;

    g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        1) from Plaintiff: 30 days before trial; and
        2) from Defendants: 30 days before trial.

    h. Parties should have until no less than 14 days prior to trial to list objections to witnesses and exhibits under Rule 26(a)(3); and

    i. The case should be ready for trial by March 20, 2006. The parties expect the case will take approximately two days, exclusive of pretrial argument.

Mediation of the above-styled cause has been scheduled for September 22, 2005, at 1:30 p.m.

The undersigned attests that Susan Shirock DePaola, Sharon Gilbert Yates, Reginald L. Sorrells, Larry Craven and Darnell Coley have agreed to the foregoing and have authorized me to execute this document and electronically file same on their behalf.

Submitted this the 16th day of August, 2005.

G.H., a minor, by his mother, Juanita Corbett as his next friend, and JUANITA CORBETT,

By: /S/ Susan Shirock DePaola
    Susan Shirock DePaola (7431-L-75S)
    1726 West Second Street, Suite B
    Montgomery, Alabama 36106
    (334) 262-1600
    (334) 262-1638
    E-mail: ssdp@mindspring.com
    Counsel for Plaintiff

    Sharon Gilbert Yates (3652-A-64S)
    454 South Decatur Street
    Montgomery, Alabama 36104
    (334) 264-7098
    E-mail: sgyates@aol.com
    Counsel for Plaintiff

ELMORE COUNTY BOARD OF EDUCATION and MARSHALL ANDERSON, Defendants,

By: /S/ James R. Seale
    James R. Seale (3617-E-68J)
    Erika Perrone Tatum (1983-M-66E)
    HILL, HILL, CARTER,
       FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    E-mail: etatum@hillhillcarter.com
    Counsel for Defendants
    wwm/6630.0161/f:Report of Rule 26(f) Planning Meeting.wpd

STATE DEPARTMENT OF EDUCATION and MABREY WHETSTONE, Defendants,

By: /S/ Larry E. Craven
    Reginald L. Sorrells (1249-E-61R)
    Larry E. Craven (8610-N-S1L)
    Darnell Coley (COL106)
    STATE DEPARTMENT OF EDUCATION
    Office of General Counsel
    5103 Gordon Persons Building
    50 North Ripley Street
    Montgomery, Alabama 36130
    (334) 242-1899
    (334) 242-0982 - fax
    E-mail: rsorrells@alsde.edu
    E-mail: lcraven@alsde.edu
    E-mail: dcoley@alsde.edu
    Counsel for Defendants