**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

August 16, 2005

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style: G.H., et al. v. Elmore County Board of Education, et al.**

**Case Number: 2:05cv541-T**

**Pleading : #14 - Report of Rule 26(f) Planning Meeting**

**Notice of Correction is being filed this date to advise that the referenced pleading which was filed on 8/16/2005 was docketed with the wrong pdf document attached. The correct pdf document is attached to this notice.**