# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 26, 2005

## NOTICE OF CORRECTION

**From:**                               **Clerk's Office**

**Case Style:**                      **G. H., et al. v. Elmore County Board of Education, et al.**

**Case Number:**                 **#2:05-cv-00541-MHT-DRB**

**Referenced Document:** **Document #17**
                                          **Response to Motions to Dismiss**

**This Notice has been docketed to enter the corrected certificate of service into the record.  The original pdf did not contain a s/ on the signature on the certificate of service.  The corrected pdf is attached to this notice.**