IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| G.H., etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:05-CV-0541-T |
| | ) | |
| ELMORE COUNTY BOARD OF EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Following a pre-mediation conference initiated by counsel of record for the Defendant Alabama Department of Education, and for good cause arising from this Defendant's ongoing effort to retain outside counsel as lead counsel for mediation and trial,[1] it is

**ORDERED** that the mediation conference scheduled on **September 22, 2005, at 1:30 p.m., is hereby CANCELLED, and the parties shall not submit the confidential mediation statements due today.**

It is evident that in reliance on the scheduled mediation conference, the parties have focused their energies on pre-mediation conferences and preparation in a good-faith attempt to resolve this case; thus, they have deferred action on some disclosures and other discovery dictated by their Rule 26(f) Plan. Based on the representations of counsel, this court is encouraged that the parties do desire to make a good-faith effort to resolve, and sincerely believe that they can resolve, most,

---

[1] In addition to the Counsel of record for all parties, the outside counsel identified but not duly approved as required by state law, also appeared for this pre-mediation conference and expressed his good-faith intent to confer informally with counsel in order to isolate mediation issues, and upon his approval as counsel, to represent the Department formally in any re-scheduled mediation conference.

if not all, of their conflict without a trial, and they have made significant progress on some issues. **Accordingly, this court finds that the ends of judicial economy will be furthered by accommodating a reasonable extension of scheduling deadlines in order to facilitate this effort, and hereby recommends that the trial judge grant any such reasonable request.** Upon notice of the parties' consensus that mediation will facilitate an agreement and that all parties are ready to participate meaningfully, this court will reschedule a mediation conference.

    Done this 15th day of September, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE