IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| G.H., a minor, by his mother, Juanita Corbett as his next friend, and JUANITA CORBETT, <br><br> Plaintiffs, <br><br> -vs- <br><br> ELMORE COUNTY BOARD OF EDUCATION, *et al.*, <br><br> Defendants. | Case No. 2:05-cv-541-T |

## JOINT MOTION FOR EXTENSION OF TIME FOR FILING PRE-DISCOVERY DISCLOSURES

COME NOW the parties, by and through their counsel of record and move this Honorable Court to extend the time for filing their Rule 26.1(a)(1) pre-discovery disclosures, from September 15, 2005, to and including September 22, 2005.

The undersigned attests that Susan Shirock DePaola, Sharon Gilbert Yates, Reginald L. Sorrells, Larry Craven and Darnell Coley have agreed to the foregoing and have authorized me to execute this document and electronically file same on their behalf.

RESPECTFULLY SUBMITTED this the 15th day of September, 2005.

G.H., a minor, by his mother, Juanita Corbett as his next friend, and JUANITA CORBETT,

By: /S/ Susan Shirock DePaola
    Susan Shirock DePaola (7431-L-75S)
    1726 West Second Street, Suite B
    Montgomery, Alabama 36106
    (334) 262-1600
    (334) 262-1638
    E-mail: ssdp@mindspring.com
    Counsel for Plaintiff

    Sharon Gilbert Yates  (3652-A-64S)
    454 South Decatur Street
    Montgomery, Alabama 36104
    (334) 264-7098
    E-mail: sgyates@aol.com
    Counsel for Plaintiff

ELMORE COUNTY BOARD OF EDUCATION and MARSHALL ANDERSON, Defendants,

By: /S/ James R. Seale
    James R. Seale (3617-E-68J)
    Erika Perrone Tatum (1983-M-66E)
    HILL, HILL, CARTER,
      FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    E-mail: etatum@hillhillcarter.com
    Counsel for Defendants

wwm/6630.0161/f:Joint Motion for Extension-Pretrial Disclosures.wpd

STATE DEPARTMENT OF EDUCATION and
MABREY WHETSTONE, Defendants,

By: _/S/   Reginald L. Sorrellls_____
    Reginald L. Sorrells (1249-E-61R)
    Larry E. Craven (8610-N-S1L)
    Darnell Coley (COL106)
    STATE DEPARTMENT OF EDUCATION
    Office of General Counsel
    5103 Gordon Persons Building
    50 North Ripley Street
    Montgomery, Alabama 36130
    (334) 242-1899
    (334) 242-0982 - fax
    E-mail: rsorrells@alsde.edu
    E-mail: lcraven@alsde.edu
    E-mail: dcoley@alsde.edu
    **Counsel for Defendants**