IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| G.H., etc., et al.,            ) | |
|                                ) | |
|     Plaintiffs,                ) | |
|                                ) | CIVIL ACTION NO. |
|     v.                         ) | 2:05cv541-T |
|                                ) | |
| ELMORE COUNTY BOARD OF         ) | |
| EDUCATION, et al.,             ) | |
|                                ) | |
|     Defendants.                ) | |

## ORDER

It is ORDERED that the motion for extension of time (Doc. No. 20) is granted.

DONE, this the 20th day of September, 2005.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**