**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 23, 2005

# NOTICE OF CORRECTION

**To:** All Counsel of Record

**From:** Clerk's Office

**Case Style:** G. H., et al v. Elmore County Board of Education, et al.

**Case Number:** #2:05-cv-00541-MHT-DRB

**Referenced Document:** Document #22
Motion to Supplement Plaintiff's Response to Defendants'
Motions to Dismiss

**This notice has been docketed to enter the corrected certificate of service into the record. The original pdf of the certificate of service did not contain a signature. The corrected pdf is attached to this notice.**