IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
G.H., etc., et al.,           )
                              )
    Plaintiffs,               )
                              )      CIVIL ACTION NO.
    v.                        )         2:05cv541-T
                              )
ELMORE COUNTY BOARD OF        )
EDUCATION, et al.,            )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to supplement (Doc. No. 22) is granted.

DONE, this the 23rd day of September, 2005.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE