IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **G.H., a Minor, by his mother** * <br> **Juanita Corbett as his next friend** * <br> **and Juanita Corbett** * <br> **Plaintiffs** * <br> v. * <br> * <br> **ELMORE COUNTY BOARD OF** * <br> **EDUCATION;** * <br> **MARSHALL ANDERSON, in his** * <br> **official capacity as** * <br> **Special Education Coordinator** * <br> **ALABAMA DEPARTMENT OF** * <br> **EDUCATION; MABREY** * <br> **WHETSTONE in his official capacity** * <br> **as State Director of Special Education** * <br> **Services; DOE DEFENDANTS 1-5** * <br> **Defendants** * | **Case No. CV 2:05 CV 0541 MHTSCS** |

**MOTION TO ALLOW AMENDMENT OF PLAINTIFF'S COMPLAINT**

Come now the plaintiffs G. H. and Juanita Corbett, by and through their attorneys of record and, pursuant ot F. R. Civ. P 15, move this honorable Court to allow the filing of Plaintiff's First Amended complaint which is attached hereto and incorporated by reference. As grounds for said motion the undersigned would show unto the Court the following:

1. The scheduling order issued in this case allowed amendments to the complaint on or before November 1, 2005.

2. The proposed amended complaint does not raise any new issues, does not add any parties and would not require any discovery that would delay the trial of this case.

3. The proposed amended complaint deletes a claim or cause of action which appears to be redundant, clarifies the legal theory pursuant to which relief is sought under Section 1983 and develops with greater specificity the issues which appear to require declaratory relief under Count IV.

Wherefore the premises considered, the Plaintiffs request an order allowing the filing of the attached proposed amended complaint.

Respectfully submitted on this the 1st day of November, 2005.

                                              S/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street~Suite B**
**Montgomery, Alabama  36106**
**334-262-1600**
**ASB:  7431-L75S**

                                              S/ Sharon Gilbert Yates

**Sharon Gilbert Yates**
**454 South Decatur Street**
**Montgomery, Alabama  36104**
**334-264-7098**
**ASB:  3652-A64S**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following by ECF or by placing the same in the U.S. Mail first class, postage prepaid and properly addressed as follows on this the 1st day of November, 2005.

                                              S/ Susan Shirock DePaola

Reginald L. Sorrells
Larry E. Craven
Darnell Coley
Office of General Counsel
Alabama State Department of Education
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, Alabama  36104

Carl Johnson
1910 First Avenue North
Birmingham  Alabama  35203

James R. Seale
Erika Perrone Tatum
PO Box 116
Montgomery, Alabama   36101-0116