IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| G.H., a Minor, by his mother * <br> Juanita Corbett as his next friend * <br> and Juanita Corbett * <br>         Plaintiffs * <br> v.  * <br>     * <br> ELMORE COUNTY BOARD OF * <br> EDUCATION; * <br> MARSHALL ANDERSON, in his * <br> official capacity as * <br> Special Education Coordinator * <br> ALABAMA DEPARTMENT OF * <br> EDUCATION; MABREY * <br> WHETSTONE in his official capacity * <br> as State Director of Special Education * <br> Services; DOE DEFENDANTS 1-5 * <br>         Defendants * | Case No. CV 2:05 CV 0541 MHTSCS |

Plaintiff's Expert Report

Come now the Plaintiffs pursuant to F. R. Civ. P. 26 (a)(2) and make the following disclosure of Expert Testimony.

    **Identity of Expert:**

        The plaintiffs intend to use at trial the following expert witness:

        Dr. Richard Gargiulo
        University of Alabama at Birmingham
        Division of Special Education
        5178 Jameswood Circle
        Birmingham Alabama   35244

    **Report of Expert**

    The expert has been unable to develop a report to date due to the lack of information regarding activities undertaken by Elmore County regarding implementation of the hearing officer's orders.  As soon as depositions are completed and/or responses to interrogatories and requests for production are made,  the expert will develop and submit a written report pursuant to this section.

**Credentials**

The witness's resume is attached hereto and incorporated herein by reference.

**Compensation**

The witness is to be compensated at the rate of $200.00 per hour plus expenses.

**Prior Testimony**

G. H. v. Elmore County – Due process hearing.

Respectfully submitted on this the 1st day of November, 2005.

                                        **S/Susan Shirock DePaola**

**Susan Shirock DePaola**
**1726 West Second Street~Suite B**
**Montgomery, Alabama  36106**
**334-262-1600**
**ASB:  7431-L75S**

                                        **s/ Sharon Gilbert Yates**

**Sharon Gilbert Yates**
**454 South Decatur Street**
**Montgomery, Alabama  36104**
**334-264-7098**
**ASB:  3652-A64S**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following by ECF or by placing the same in the U.S. Mail first class, postage prepaid and properly addressed as follows on this the 1st day of November, 2005.

                                        **S/  Susan Shirock DePaola**

Reginald L. Sorrells
Larry E. Craven
Darnell Coley
 Office of General Counsel
Alabama State Department of Education
5103 Gordon Persons Building

50 North Ripley Street
Montgomery, Alabama 36104

Carl M. Johnson
1910 First Avenue North
Birmingham, Alabama 35203

James R. Seale
Erika Perrone Tatum
PO Box 116
    Montgomery, Alabama 36101