# Richard Michael Gargiulo

| **Home Address** | **Business Address** |
|---|---|
| 5178 Jameswood Circle<br>Birmingham, Alabama 35244 | Department of Leadership,<br>Special Education, and Foundations<br>University of Alabama at Birmingham<br>Birmingham, Alabama 35294 |
| Telephone:   205-985-8822 | Telephone:   205-934-8478 |

## Academic History

University of Wisconsin at Madison, 1972-1974
Ph.D.   May 1974, Educational Psychology, Human Learning (Major)
          Child Development and Behavioral Disabilities (Minor)

University of Wisconsin at Milwaukee, 1968-1972
M.S.    August 1971, Mental Retardation

Hiram Scott College, Scottsbluff, Nebraska, 1965-1968
B.A.    June 1968, Elementary Education and English

## Professional Experience

September, 1989 to date - Professor, Department of Leadership, Special Education, and Foundations, University of Alabama at Birmingham

1982-1989 - Professor and Chair, Department of Special Education, University of Alabama at Birmingham. Also, Director of Special Education/Vocational Rehabilitation, Chauncey Sparks Center for Developmental and Learning Disorders, Medical Center, University of Alabama at Birmingham (August, 1982-November, 1987)

1981-1982 - Professor (Tenured), Director of Graduate Studies in Special Education, Assistant Chair and Assistant Director Federal Grants Project, Department of Special Education, Bowling Green State University

1977-1981 - Associate Professor and Assistant Department Chair, Department of Special Education, Bowling Green State University

1974-1977 - Assistant Professor, Department of Special Education, Bowling Green State University

1972-1974 - Research Assistant, Wisconsin Research and Development Center for Cognitive Learning, Madison, Wisconsin

1969-1972 - Milwaukee Public Schools, Teacher:  Pre-primary educable mentally retarded children

1968-1969 - Milwaukee Public Schools, Teacher:  Fourth grade

## Licenses

Wisconsin Life Teaching Certificate, Grades K-8
Ohio State Board of Psychology, License #2541

**Professional Societies**

    Council for Exceptional Children
    American Association on Mental Retardation
    International Association of Special Education
    National Association for the Education of Young Children
    Phi Beta Delta (Honor Society for International Scholars)

**Professional Responsibilities**

    Editorial Consultant: The Educational Psychologist, 3/76 - 12/90
                            Contemporary Educational Psychology, 4/78 - 12/79
                            Child Development, 7/80 - 12/87

    Member, Editorial Board: Contemporary Educational Psychology, 1/80 - 2/90
                               National Forum of Special Education Journal, 12/88 - 12/91
                               Education, 4/92 to date
                               Journal of International Special Needs Education, 1/98 to date

    Department Co-Editor: Early Childhood Special Education, Early Childhood Education Journal
            (formerly Day Care and Early Education), 12/89 to date

    Consulting Editor, Journal of the International Association of Special Education, 4/99 to date

    Book Reviewer: Curriculum Advisory Service Quarterly, 4/76 - 11/78 American Journal on
           Mental Retardation, 2/77 - 12/84

    President, Teacher Education Division, Alabama Federation, Council for Exceptional Children,
           1986 - 1987

    President-Elect, Alabama Federation, Council for Exceptional Children, 1989 - 1991

    President, Alabama Federation, Council for Exceptional Children, 1991 - 1992

    Fulbright Scholar, Charles University of Prague, Prague, Czechoslovakia; Palacky University,
           Olomouc, Czechoslovakia; Comenius University, Bratislava, Czechoslovakia; January,
           1991 - July, 1991

    Elected Honorary Fellow of the Faculty of Education, Charles University, Prague, Czech
           Republic, February, 1993

    Selected as a co-leader for an early childhood special education delegation to Eastern Europe.
           Sponsored by the Citizen Ambassador Program of People to People.
           Professional meetings held in Budapest, Moscow, and Prague. May, 1993.

    Vice President, Division of International Special Education and Services, Council for Exceptional
           Children, 1993 - 1994

    Member, Advisory Committee, U.S./China Joint Conference on Early Childhood Education,
           Beijing, October, 1993

    Selected as the leader for a delegation of special educators to the People's Republic of China. Sponsored by
           the Citizen Ambassador Program of People to People. Professional meetings held Shanghai,
           Suzhou, Nanjing, and Beijing. May, 1994

**Professional Responsibilities** (continued)

    President-Elect, Division of International Special Education and Services, Council for Exceptional Children, 1994 - 1995

    Served as the leader of the U.S. delegation to the 20th Triennial Conference, Australian Early Childhood Association, Perth, Australia, September 1994. Sponsored by the Citizen Ambassador Program of People to People.

    Selected as the leader for a delegation of early childhood special educators to the People's Republic of China. Sponsored by the Citizen Ambassador Program of People to People. Professional meetings held in Beijing and Kumming. May, 1995

    President, Division of International Special Education and Services, Council for Exceptional Children, 1995-1996

    Selected as the leader for a delegation of special educators to the Czech Republic and Russia. Sponsored by the Citizen Ambassador Program of People to People. Professional meetings held in Prague, St. Petersburg, and Moscow. December 1995

    Member, Advisory Committee, Sino/American Joint Conference on Exceptionality, Beijing, December, 1995

    Selected as the leader for a delegation of special educators to the Republic of South Africa. Sponsored by the Citizen Ambassador Program of People to People. Professional meetings held in Johannesburg and Cape Town. June, 1996

    Member, Advisory Committee, U.S./South Africa Joint Conference on Early Childhood Education, Johannesburg and Cape Town. August, 1996

    Recipient of the President's Award for Excellence in Teaching, May 1999

    Selected as the leader for a delegation of early childhood educators to Egypt. Sponsored by the People to People Ambassador Programs. Professional meetings held in Cairo and Luxor. December 1999

    Selected as the leader of the early childhood education delegation to the Republic of Cuba. Sponsored by the People to People Ambassador Programs. Professional meetings held in Havana and Ceinfuegos. October 2000.

**Academic Responsibilities**

    Thesis Chair:    Janet A. Sulick, Moral judgment in retarded and nonretarded school age children. August 1976. Bowling Green State University.

                    Amy J. Freeman, An examination of the cognitive styles of handicapped and nonhandicapped learners of differing mental ages with respect to reading achievement and anxiety. August 1978. Bowling Green State University.

                      Jan Marie Sigg, Creativity and cognitive style in learning disabled and nondisabled school age children. August 1978. Bowling Green State University.

**Academic Responsibilities** (continued)

                    Sharon A. Sousley, The influence of cognitive style on kindergarten reading readiness. August 1980. Bowling Green State University.

                    Cynthia L. Beck, Occupational stress in teachers of retarded and nonretarded children. August 1981. Bowling Green State University.

Dissertation
Chair:          John Phillip Wade, A study of Alabama public school superintendents', principals', and special education coordinators' concerns about the implementation of the least restrictive environment provision of Public Law 94-142. December 1987. University of Alabama at Birmingham.

                    Rebecca Ann Seales, An assessment of special education services provided for juvenile offenders with disabilities in Alabama. December 2000. University of Alabama at Birmingham,

Thesis
Committee:     Patricia A. Baker, The effect of instructional relationships on the motor imitation skills of moderate, severe and profoundly retarded adults. August 1981. Bowling Green State University.

                    Rosalyn Sartwell, The effectiveness of visual and auditory educational instructional tools in teaching children about the lungs and lung diseases. August 1983. University of Alabama at Birmingham.

Dissertation
Committee:   Veronica E. Gold, The relationship between functions and traits of elementary school principals as perceived by teachers. December 1977. Bowling Green State University.

                    Frank D. Mark, The attitudes of elementary teachers toward the mainstreaming of educable retarded students in Northwestern Ohio school districts. March 1980. Bowling Green State University.

                    Jake E. Hudson, Selection and effectiveness of child information management systems. August 1981. Bowling Green State University.

                    Kevin C. Webb, Bone-conduction masking for threshold assessment in auditory brain stem response testing. August 1982. Bowling Green State University.

                    Farhad Farhang Azad, Effectiveness of Portage home-based training program on cognitive development of pre-school mentally retarded children. October 1986. Panjab University, Chandigarh, India.

                    Rita L. Monson, Autonomy, coping, and self-care agency in adolescents with spina bifida and unaffected age-mates. August 1988. University of Alabama at Birmingham.

                    Marguerite Spencer, Professional practices of secondary principals' discipline of regular education and mildly handicapped students with a focus on exclusionary action. June 1989. University of Alabama at Birmingham.

**Academic Responsibilities** (continued)

        Theresa R. Corley, Staff development and secondary science teachers: Factors that affect voluntary participation. May 2000. University of Alabama at Birmingham.

**Professional Papers**

    Activational Peaking and Unidimensional Problem Solving in the Trainable and Educable Retarded. Paper presented to the American Association on Mental Deficiency, Region V, St. Louis, October 9, 1975.

    Parents, Children and Discipline: Behavior Management Techniques for Parents of Learning Disabled Children. Paper presented to the Seventh Annual Convention, Ohio Association for Children with Learning Disabilities, Perrysburg, Ohio, October 17 & 18, 1975.

    Mainstreaming: Issues and Perspectives. Paper presented to the Seventh Annual Ohio Professional Association for Retardation, Cleveland, October 24, 1975.

    Learning Disabilities: The Hidden Handicap. Paper presented to the 103rd Annual Northwest Ohio Education Association, Defiance, Ohio, October 29, 1975.

    The Effect of Labels and Instruction on Concept Attainment in the Educable Mentally Retarded. Paper presented to the 54th Annual International Convention, Council for Exceptional Children, Chicago, April 7, 1976.

    Innovative Approaches to Teacher Education: Project Merge. Paper presented to the 54th Annual International Convention, Council for Exceptional Children, Chicago, April 9, 1976.

    Homebased Services for the Retarded in Ohio. Paper presented to the Eighth Annual Ohio Professional Association for Retardation, Columbus, October 22, 1976.

    Teaching the Learning Disabled Child in the Regular Classroom. Paper presented to the 104th Annual Northwest Ohio Education Association, Delta, Ohio, October 27, 1976.

    On Being the Parent of a Handicapped Child: Or How to Drive Your Child Sane. Invited paper presented to the Bicentennial Conference, Michigan Association for Children with Learning Disabilities, Dearborn, October 29, 1976.

    Will The Real School Psychologist Please Stand Up? Paper presented to the Ninth Annual Conference, National Association of School Psychologists, Cincinnati, March 18, 1977.

    Moral Behavior in Retarded and Nonretarded School Age Children. Paper presented to the 101st Annual Meeting, American Association on Mental Deficiency, New Orleans, June 2, 1977.

    Learning Disabilities: Myths and Realities. Paper presented to the 105th Annual Northwest Ohio Education Association, Fremont, Ohio, October 24, 1977.

    Perceived Competencies of Elementary and Special Education Teachers: Need, Proficiency and Development. Paper presented to the Ohio Association for Supervision and Curriculum Development, Columbus, October 26, 1978.

    Perceived Role and Function of Ohio School Psychologists. Paper presented to the 11th Annual Conference, National Association of School Psychologists, San Diego, March 29, 1979.

**Professional Papers**   (continued)

    Perceptions of the School Psychologist: A State-wide Survey. Paper presented to the 88th Annual Convention, American Psychological Association, Montreal, Canada, September 1, 1980.

    Reflection-Impulsivity and Field Dependence-Independence in Retarded and Nonretarded Children of Equal Mental Age. Paper presented to the 21st Annual Meeting, Psychonomic Society, St. Louis, November 15, 1980.

    Moral Judgment and Cognitive Style in Retarded and Nonretarded Children of Equal Mental Age. Paper presented to the 105th Annual Meeting, American Association on Mental Deficiency, Detroit, May 27, 1981.

    Development of Ear Asymmetry: A Cognitive Approach. Paper presented to the 89th Annual Convention, American Psychological Association, Los Angeles, August 25, 1981.

    Occupational Stress in Teachers of Retarded and Nonretarded Children. Paper presented to the First National Conference on Burnout, Philadelphia, November 3, 1981.

    Regular and Special Educators In-Service: A Model of Collaborative Effort. Paper presented to the 29th Annual Convention, Ohio Federation, Council for Exceptional Children, Cleveland, December 4, 1981.

    Reflection-Impulsivity and Moral Judgment in Educable Mentally Retarded and Nonretarded School Age Children. Invited paper presented to the Sixth International Congress of the International Association for the Scientific Study of Mental Deficiency, Toronto, Canada, August 26, 1982.

    Collaborative Efforts in Inservice. Paper presented to the Fifth Annual Conference of the Teacher Education Division, Council for Exceptional Children, Nashville, November 12, 1982.

    Generic Special Education Teacher Certification in Alabama: Pros and Cons. Paper presented to the Super Conference, Alabama Federation, Council for Exceptional Children, Birmingham, February 18, 1983.

    The Effects of Spectrum Planning on Personnel Inservice Programs. Paper presented to the 66th Annual Meeting, American Educational Research Association, Toronto, Canada, April 15, 1983.

    Intellectual Functioning and Academic Achievement as a Function of Dietary Control in PKU Children. Paper presented to the 107th Annual Meeting, American Association on Mental Deficiency, Dallas, June 1, 1983.

    Intellectual Performance as a Developmental Phenomena in Children with Phenylketonuria. Paper presented to the Annual Developmental Conference, British Psychological Society, Oxford, England, September 17, 1983.

    Educational Policies in the 21st Century: Application of Technology to Teacher Education Programs for the Exceptional Learner. Paper presented to the Annual Meeting, American Association of Colleges for Teacher Education, San Antonio, February 3, 1984.

    Counseling Parents of Exceptional Children. Paper presented to the Super Conference, Alabama Federation, Council for Exceptional Children, Birmingham, February 17, 1984.

    Parental Reaction to Mental Retardation: A Counseling Viewpoint. Paper presented to the 92nd Annual Convention, American Psychological Association, Toronto, Canada, August 26, 1984.

**Professional Papers** (continued)

Parent - Professional Relationships: Understanding Parental Reaction to Exceptionality. Paper presented to the Annual Conference, Mississippi Federation, Council for Exceptional Children, Hattiesburg, February 16, 1985.

A Model of Parental Responses to Mental Retardation. Invited paper presented to the Seventh International Congress of the International Association for the Scientific Study of Mental Deficiency, New Delhi, India, March 25, 1985.

The Playground as a Mainstreaming Strategy: A Perspective on Social Development. Paper presented to the Annual Conference, National Association for the Education of Young Children, New Orleans, November 15, 1985.

Assessment of Learned Helplessness in Mentally Retarded and Nonretarded Children: A Methodological Investigation. Paper presented to the 32nd Annual Meeting, Southeastern Psychological Association, Orlando, March 27, 1986.

Creative Outdoor Play Environments for Children with Special Needs: A Social Perspective. Paper presented to the 64th Annual Convention, Council for Exceptional Children, New Orleans, April 3, 1986.

Learned Helplessness in Reflective and Impulsive Retarded and Nonretarded Children. Paper presented to 94th Annual Convention, American Psychological Association, Washington, DC, August 25, 1986.

Parent - Professional Partnerships: Communicating with Parents of Exceptional Children. Paper presented to the Ninth Annual Conference of the Teacher Education Division, Council for Exceptional Children, Atlanta, November 13, 1986.

Making a Difference: Cooperative Preschool Environments. Paper presented to the Super Conference, Alabama Federation, Council for Exceptional Children, Montgomery, February 27, 1987.

Children at Risk: Sexual Abuse of Handicapped Preschoolers. Paper presented to the 38th Annual Conference, Southern Association on Children Under Six, Memphis, March 28, 1987.

Meeting the Needs of the Handicapped Child: What PL 99-457 Means for Children, Parents, and Early Childhood Professionals. Paper presented to the Annual Conference, National Association for the Education of Young Children, Chicago, November 12, 1987.

Parent - Professional Partnerships: Helping Professionals Understand Parental Reactions to Mental Retardation. Paper presented to the International Conference, Council for Exceptional Children, Division on Mental Retardation, Honolulu, January 13, 1988.

Parent - Professional Cooperation in Preschool Programs for the Handicapped. Paper presented to the Super Conference, Alabama Federation, Council for Exceptional Children, Birmingham, February 26, 1988.

Not for Teachers Only: Understanding Parental Reactions to Exceptionality. Paper presented to the Super Conference, Alabama Federation, Council for Exceptional Children, Birmingham, February 27, 1988.

**Professional Papers**   (continued)

What's Ahead for the Special Needs Child in Early Childhood Education: The Impact of PL 99-457 for Children, Parents, and Early Childhood Professionals. Paper presented to the 39th Annual Conference, Southern Association on Children Under Six, Birmingham, March 24, 1988.

Sibling Relationships in Mildly Mentally Retarded and Nonretarded Children: A Preliminary Investigation. Invited paper presented to the Eighth International Congress of the International Association for the Scientific Study of Mental Deficiency, Dublin, Ireland, August 23, 1988.

Preparing to Meet the Needs of the Infant and Preschool Handicapped Child: A National Perspective for Implementing PL 99-457. Paper presented to the Annual Conference, National Association for the Education of Young Children, Anaheim, November 11, 1988.

Effective Communication with Special Needs Children and Parents. Paper presented to the Annual Meeting, Alabama Association for Young Children, Birmingham, February 11, 1989.

Meeting the Needs of the Typical and Atypical Child: A National Response to the Mandate of PL 99-457. Paper presented to the 40th Annual Conference, Southern Association on Children Under Six, Richmond, April 13, 1989.

Sibling Relationships in Mildly Handicapped and Nonhandicapped Children. Paper presented to the 22nd Interamerican Congress of Psychology, Buenos Aires, Argentina, June 28, 1989.

Building Effective Parent-School Partnerships in Programs for Handicapped and Nonhandicapped Young Children. Paper presented to the Second National Institute on Parent Involvement in Education, Charlotte, October 2, 1989.

Current Issues in Personnel Preparation: Preparing Teachers to Meet the Needs of Preschool Handicapped Children. Paper presented to the 41st Annual Conference, Southern Association on Children Under Six, Dallas, March 30, 1990.

Utilization of Residential Schools in Distance Education Teacher Training. Paper presented to the 68th Annual Convention, Council for Exceptional Children, Toronto, Canada, April 26, 1990.

Early Childhood Special Education: A Southeastern Perspective on Teacher Training Programs. Paper presented to the First Annual Southeastern Regional Division of Early Childhood Conference, Atlanta, July 30, 1990.

Writing for Publication in Early Childhood Education. Paper presented to the Annual Meeting, Tennessee Association for Young Children, Chattanooga, November 3, 1990.

An American Perspective on Mental Retardation. Invited address, Czechoslovak Association for the Education of the Mentally Handicapped, Prague, February 14, 1991.

The Current Status of Teacher Preparation Programs for Early Childhood Special Education in SACUS States. Paper presented to the 42nd Annual Conference, Southern Association on Children Under Six, Atlanta, March 15, 1991.

Mental Retardation in Hungary and the United States: A Cross Cultural Perspective. Paper presented to the Second European Congress of Psychology, Budapest, July 11, 1991.

**Professional Papers**   (continued)

    An Update on Early Childhood Special Education Teacher Preparation Programs in SACUS States. Paper presented to the 43rd Annual Conference, Southern Association on Children Under Six, Tulsa, March 26, 1992.

    Mental Retardation in Czechoslovakia: A Cross Cultural Examination. Paper presented to the 116th Annual Meeting, American Association on Mental Retardation, New Orleans, May 27, 1992.

    Sibling Relationships Involving School Children with Acquired/Congenital and Visible/Invisible Disabilities. Paper presented to the Ninth International Congress of the International Association for the Scientific Study of Mental Deficiency, Gold Coast, Australia, August 5, 1992.

    Preschool Programs for Typical and Atypical Children: Perspectives from the Soviet Union and Eastern Europe. Paper presented to the Annual Conference, National Association for the Education of Young Children, New Orleans, November 12, 1992.

    Training of Special Education Teachers in the Czech and Slovak Federal Republic. Paper presented to the 15th Annual Conference of the Teacher Education Division, Council for Exceptional Children, Cincinnati, November 13, 1992.

    Early Childhood Special Education in the Soviet Union and Eastern Europe. Paper presented to the Annual Conference of the International Division for Early Childhood, Council for Exceptional Children, Washington, DC, December 4, 1992.

    Special Education in Czechoslovakia: A Comparative Analysis. Paper presented to the Annual Convention, Council for Exceptional Children, San Antonio, April 6, 1993.

    Early Childhood Education in the United States: Characteristics and Issues. Keynote address U.S./China Joint Conference on Early Childhood Education, Beijing, China, October 31, 1993.

    Family Support and Involvement: Empowerment Strategies for Families with Special Needs Children. Paper presented to the U.S./China Joint Conference on Early Childhood Education, Beijing, China, November 4, 1993.

    Early Childhood Special Education in Eastern Europe: Cross - Cultural Perspectives. Paper presented to the Annual Convention, Council for Exceptional Children, Denver, April 8, 1994.

    Normalization of Services for Citizens with Mental Retardation: Perspectives from the Czech Republic and the United States. Paper presented to the 23rd Annual Meeting, International Congress of Applied Psychology, Madrid, Spain, July 22, 1994.

    Programs and Services for Young Children and their Families: Lessons from Eastern Europe. Invited paper presented to the 20th Triennial Conference, Australian Early Childhood Association, Perth, Australia, September 19, 1994.

    Pedagogy and Curriculum for Young Children: A Look Behind the Former Iron Curtain. Paper presented to the First Annual Convention, American Association for Teaching and Curriculum, Dallas, October 15, 1994.

    It's a Small World After All: Cross-Cultural Perspectives on Programs for Young Children. Paper presented to the Annual Conference, National Association for the Education of Young Children, Atlanta, December 2, 1994.

**Professional Papers**   (continued)

International Perspectives on Early Childhood and Special Education. Paper presented to the 46th Annual Conference, Southern Early Childhood Association, Orlando, April 1, 1995.

Special Education in the People's Republic of China: An Overview. Paper presented to the Annual Convention, Council for Exceptional Children, Indianapolis, April 6, 1995.

Extending the Boundaries: An International Perspective on Early Childhood and Special Education. Paper presented to the Annual Study Conference, Association for Childhood Education International, Washington, DC, April 14, 1995.

Services for Young Children with Special Needs. Paper presented to the Annual Conference of the International Division for Early Childhood, Council for Exceptional Children, Orlando, November 3, 1995.

Early Childhood Programs for Typical and Atypical Children in the People's Republic of China. Paper presented to the Annual Conference, National Association for the Education of Young Children, Washington, DC, December 1, 1995.

Early Childhood Special Education in the People's Republic of China. Paper presented to the Annual Convention, Council for Exceptional Children, Orlando, April 4, 1996.

Preparing Early Childhood Educators to Teach Young Children with Disabilities: An Integrated Personnel Preparation Program. Paper presented to the U.S./South Africa Joint Conference on Early Childhood Education, Johannesburg, South Africa, August 15, 1996.

Young Children with Special Needs: Policy, Process, and Practice in the People's Republic of China. Paper presented to the Annual Conference, National Association for the Education of Young Children, Dallas, November 23, 1996.

Mental Retardation in the People's Republic of China. Paper presented to the Annual Convention, Council for Exceptional Children, Salt Lake City, April 10, 1997.

Manifestation Determination and the Behavior Management Plan: Understanding the Relationship. Paper presented to the 17th Annual Meeting of the Alabama Federation, Council for Exceptional Children, Auburn, AL, February 20, 1998.

A Five Year Training Program for the Six Year Career. Paper presented to the Annual Convention, Council for Exceptional Children, Minneapolis, April 16, 1998.

Preparing Teachers to Write Proactive IEPs for Students Who Exhibit Violent, Aggressive, or Dangerous Behaviors. Workshop presented to the Annual Convention, Council for Exceptional Children, Minneapolis, April 17, 1998.

Writing Proactive IEPs for Students with Disabilities Who Exhibit Problem Behavior. Paper presented to the Third Biennial Southeast Regional Conference, Council for Children with Behavior Disorders, Gulf Shores, AL, May 8, 1998.

Conducting Functional Assessments and Writing Positive, Proactive IEPs for Students Who Exhibit Violent and Aggressive Behaviors. Workshop conducted at the Annual Topical Conference, Council for Educational Diagnostic Services, Council for Exceptional Children, Las Vegas, October 17, 1998.

**Professional Papers**   (continued)

    From Apartheid to Democracy: The Renaissance of Early Childhood Education in the Republic of South Africa. Paper presented to the Annual Conference, National Association for the Education of Young Children, Toronto, Canada, November 21, 1998.

    Serving Students with Special Health Needs in Inclusive Settings. Paper presented to the 18th Annual Meeting of the Alabama Federation, Council for Exceptional Children, Auburn, AL, January 15, 1999.

    Children with Special Health Needs in Inclusive Classrooms: Writing Health Care Plans. Paper presented to the Annual Convention, Council for Exceptional Children, Charlotte, NC, April 15, 1999.

    Occupational Stress and Burnout: Strategies for Reducing Attrition of Special Educators. Paper presented to the Annual Convention, Council for Exceptional Children, Charlotte, NC, April 17, 1999.

    Mentorship and Mentoring Practices as Coping Strategies to Reduce Stress and Burnout Among Special Educators. Paper presented to the Annual Meeting, American Educational Research Association, Montreal, Canada, April 23, 1999.

    Preparing Special Educators for the Twenty-First Century: A Collaborative Personnel Preparation Program. Paper presented to the Third International Conference on Teacher Education, Beit Berl, Israel, June 29, 1999.

    Serving Young Children with Special Health Care Needs in Inclusive Settings: The Art of Writing Health Care Plans. Paper presented to the Annual Conference, National Association for the Education of Young Children, New Orleans, November 13, 1999.

    Writing Health Care Plans for Young Children with Special Needs. Paper (Showcase Session) presented to the Annual Convention, Council for Exceptional Children, Vancouver, British Columbia, April 6, 2000.

    Strategies for Managing On-going Data Collection. Paper presented to the Southeast Regional Conference, Council for Children with Behavior Disorders, Biloxi, MS, May 5, 2000.

    Writing for Publication in Early Childhood Education: Strategies and Suggestions for Success. Paper presented to the Annual Conference, National Association for the Education of Young Children, Atlanta, November 10, 2000.

    Teaching Those Greatest "At Risk" in the Most Restrictive Environment. Paper presented to the Annual Convention, Council for Exceptional Children, Kansas City, April 20, 2001.

    School-based Violence Prevention Education: Considerations for Addressing Risk Behaviors Among African American Youth. Paper presented to the Annual Convention, Council for Exceptional Children, Kansas City, April 21, 2001.

**Publications**

Yussen, S., Gagne, E., Gargiulo, R., & Kunen, S. (1974). Distinction between perceiving and memorizing in elementary school children. Child Development, 45, 547-551.

Gargiulo, R. (1974). The effects of labels only and labels with instruction on the concept attainment of educable mentally retarded and normally developing boys of school age (Technical Report No. 301). Madison: Wisconsin Research and Development Center for Cognitive Learning.

**Publications** (continued)

Gargiulo, R. & Warniment, J. (1976). A parent's perspective of learning disabilities. Academic Therapy, 11(4), 473-480. Reprinted in L. Baruth & M. Burggraf (Eds.). (1979). Counseling parents of exceptional children (pp. 77-82). Guilford, CT: Special Learning Corp.

Uno, T., Gargiulo, R., Sears, J., Mauter, M., & Rowe, J. (1976). Creative behavior of trainable and educable mentally retarded adolescents. Journal of Creative Behavior, 10(3), 221. (Abstract)

Swartz, S. & Gargiulo, R. (1976). Selective staffing: The multiply trained teacher. Ohio Elementary School Principal, 5(2), 32-33.

Gargiulo, R. (1977). The effect of labels and instruction on concept attainment in the educable mentally retarded. Contemporary Educational Psychology, 2, 284-291.

Uno, T. & Gargiulo, R. (1977). Activational peaking in the educable and trainable mentally retarded. Perceptual and Motor Skills, 44, 1186.

Gargiulo, R. & Swartz, S. (1977). A model for multiple-competency teacher training. Teacher Educator, 12(4), 24-25.

Uno, T., Gargiulo, R., Sears, J., Mauter, M., & Rowe, J. (1977). Creativity in the developmentally disabled adolescent. Psychological Reports, 40, 1207-1212.

Fiscus, E., Gargiulo, R., & Lattanza, N. (1977). Will the real school psychologist please stand up? Proceedings of the Ninth Annual Conference, National Association of School Psychologists, 27-28. (Summary)

Gargiulo, R. & Thompson, P. (1977). Homebased services for the retarded in Ohio. Developmental Disabilities Now, 1(3), 21-24.

Uno, T., Sears, J., & Gargiulo, R. (1978). Autonomic reactivity of special education students to nonrelevant and relevant verbal cues. College Student Journal, 12(2), 204-211.

Freeman, R. & Gargiulo, R. (1978). Teacher in-service: Problem or solution? Education Catalyst, 8(3), 161-163.

Gargiulo, R. & Sulick, J. (1978). Moral judgment in retarded and nonretarded school age children. Journal of Psychology, 99, 23-26.

Leonardson, G. & Gargiulo, R. (1978). Self perception and physical fitness. Perceptual and Motor Skills, 46, 338.

Gold, V. & Gargiulo, R. (1978). An ounce of prevention is worth a pound of cure. Ohio Elementary Principal, 7(2), 22-24.

Gargiulo, R. & Swartz, S. (1978). Writing for publication: A primer for the educational writer. American Secondary Education, 8(3), 59-62.

Gargiulo, R., Fiscus, E., Moroney, W., & Fauver, K. (1979). Perceived role and function of Ohio school psychologists. Proceedings of the Eleventh Annual Conference, National Association of School Psychologists, 14-15. (Summary)

Gargiulo, R. & Kuna, D. (1979). Arousal level and hyperkinesis: Implications for biofeedback. Journal of Learning Disabilities, 12(3), 137-138.

**Publications** (continued)

Kuna, D. & Gargiulo, R. (1979). Hyperkinetic children and biofeedback: A cautionary note. American Journal of Clinical Biofeedback, 2(1), 40-41.

Gargiulo, R. & Pigge, F. (1979). Perceived competencies of elementary and special education teachers. Journal of Educational Research, 72(6), 339-343.

Gargiulo, R., Uno, T., Sears, J., & Hiszem, P. (1979). The effect of dimensional preference on optional shift behavior and concept attainment of retarded adolescents. Bulletin of the Psychonomic Society, 14(3), 219-222.

Gargiulo, R. & Kuna, D. (1979). A reexamination of muscle relaxation therapy and hyperkinesis. Journal of Learning Disabilities, 12(10), 638.

Gargiulo, R. (1980). Litigation and legislation for exceptional children: An historical perspective. ICEC Quarterly 29(1), 2-24. (Monograph)

Sigg, J. & Gargiulo, R. (1980). Creativity and cognitive style in learning disabled and nondisabled school age children. Psychological Reports, 46, 299-305.

Gargiulo, R. & Pigge, F. (1980). Perceived teacher competencies: Need and development. Action in Teacher Education, 2(1), 5-15.

Van Duyne, J., Gargiulo, R., & Allen, J. (1980). A survey of Illinois preschool screening programs. ICEC Quarterly, 29(2), 11-16.

Partin, R. & Gargiulo, R. (1980). Burned out teachers have no class! Prescriptions for teacher educators. CollegeStudent Journal, 14(4), 365-368.

Gargiulo, R., Fiscus, E., Moroney, W., & Fauver, K. (1981). Perceived role and function of Ohio school psychologists. Perceptual and Motor Skills, 52, 363-372.

Sousley, S. & Gargiulo, R. (1981). The effect of conceptual tempo on kindergarten reading readiness. Perceptual and Motor Skills, 53, 127-134.

Gargiulo, R. (1982). Reflection-impulsivity and field dependence-independence in retarded and nonretarded children of equal mental age. Bulletin of the Psychonomic Society, 19(2), 74-77.

Gargiulo, R., Chambers, N., & Fiscus, E. (1982). Demographic influences on perceptions of school psychological services. Perceptual and Motor Skills, 54, 1167-1176.

Beck, C. & Gargiulo, R. (1983). Burnout in teachers of retarded and nonretarded children. Journal of Educational Research, 76(3), 169-173.

Gargiulo, R. & Yonker, R. (1983). Assessing teacher attitude: A methodological investigation. Psychology in the Schools, 20, 229-233.

Gargiulo, R. (1984). Moral judgment and cognitive style in mentally handicapped and nonhandicapped children of equal mental age. British Journal of Developmental Psychology, 2, 83-89.

Van Duyne, J. & Gargiulo, R. (1984). The effect of word presentation rate on monaural and dichotic ear asymmetry in young children. International Journal of Clinical Neuropsychology, 6(3), 175-183.

**Publications**   (continued)

Gargiulo, R. (Fall, 1984). Just suppose ... Parental reactions to the handicapped child. Educational Forum, 5-6.

Gargiulo, R. (1985). Working with parents of exceptional children: A guide for professionals. Boston: Houghton Mifflin.

Gargiulo, R. (1985). Is community education serving the special needs population? Community Education Journal, 12(2), 4-5.

Gargiulo, R. & Batson, J. (1985). EPIC school: An adventure in the least restrictive alternative. Education, 105(4), 394-395.

Gargiulo, R. & O'Sullivan, P. (1986). Mildly mentally retarded and nonretarded children's learned helplessness. American Journal of Mental Deficiency, 91(2), 203-206.

Jambor, T. & Gargiulo, R. (1987). The playground: A social entity for mainstreaming. Journal of Physical Education, Recreation & Dance, 58(8), 18-23.

Beck, C. & Gargiulo, R. (1987). Burnout in teachers of retarded and nonretarded children. In W. Borg (Ed.), Applying educational research (2nd ed.) (pp. 176-189). White Plains, NY: Longman.

Gargiulo, R., O'Sullivan, P., & Barr, N. (1987). Assessment of learned helplessness in mentally retarded and nonretarded children: A methodological investigation. Journal of Human Behavior and Learning, 4(3), 33-42.

Goldman, R. & Gargiulo, R. (1987). Special needs children: A population at risk for sexual abuse. Reading Improvement, 24(2), 84-88.

Gargiulo, R., O'Sullivan, P., & Barr, N. (1987). Learned helplessness in reflective and impulsive mentally retarded and nonretarded children. Bulletin of the Psychonomic Society, 25(4), 269-272.

Gargiulo, R. (1987). Lavorare con i genitori di bambini handicappati: Guida per qli operatori del sostegno. [Italian translation of Working with parents of exceptional children: A guide for professionals.] Bologna, Italy: Nicola Zanichelli.

Graves, S. & Gargiulo, R. (1989). Parents and early childhood professionals as program partners: Meeting the needs of the preschool exceptional child. Dimensions, 17(2), 23-24.

Graves, S. & Gargiulo, R. (1989). Tips for the effective implementation of Public Law 99-457. Day Care and Early Education, 17(2), 33-34.

Wade, P. & Gargiulo, R. (1990). Public school administrators' concerns with implementing the least restrictive environment provision of Public Law 94-142. National Forum of Special Education Journal, 1(1), 59-66.

Goldman, R. & Gargiulo, R. (Eds.). (1990). Children at risk. Austin, TX: Pro-Ed.

Gargiulo, R. (1990). Child abuse and neglect: An overview. In R. Goldman & R. Gargiulo (Eds.), Children at risk (pp. 1-36). Austin, TX: Pro-Ed.

Gargiulo, R., O'Sullivan P., Stephens, D., & Goldman, R. (1990). Sibling relationships in mildly handicapped and nonhandicapped children. National Forum of Special Education Journal, 1(2), 20-32.

**Publications**   (continued)

Prince, J., Buckley, M., & Gargiulo, R. (1991). Rethinking the laboratory school: Teacher training through a mainstream academic partnership. National Association of Laboratory Schools Journal, 15(2), 30-40.

Gargiulo, R. & Graves, S. (1991). Parental feelings: The forgotten component when working with parents of handicapped preschool children. Childhood Education, 67, 176-178. Reprinted in K. Paciorek & J. Munro (Eds.). (1992). Early childhood education (pp. 149-151). Guilford, CT: Dushkin Publishing.

Sanspree, M., Gargiulo, R., & Allison, C. (1991). Training teachers of the visually impaired in a rural state: The Vision Outreach Project. Journal of Visual Impairment & Blindness, 85(5), 222-225.

Sefton, K., Gargiulo, R., & Graves, S. (1991). Working with families of children with special needs: Guidelines for caregivers. Day Care and Early Education, 18(3), 40.

Jambor, T., Gargiulo, R., Guddemi, M., Brown, M., Campbell, J., & Davis, M. (1991). Personnel preparation in early childhood special education: A Southeastern perspective. Journal of Early Childhood Teacher Education, 12(3), 3-8.

Gargiulo, R., Sefton, K., & Graves, S. (1992). Writing for publication in early childhood education: Suggestions for the beginning writer. Childhood Education, 68(3), 157-160.

Gargiulo, R. & Cerna, M. (1992). Special education in Czechoslovakia: Characteristics and issues. International Journal of Special Education, 7(1), 60-70.

Gargiulo, R., O'Sullivan, P., & Wesley, K. (1992). Sibling relationships involving school children with acquired/congenital and visible/invisible disabilities. Issues in Special Education and Rehabilitation, 7(2), 7-23.

Gargiulo, R. & Cerna, M. (1992). Perspectives on mental retardation in Czechoslovakia. European Journal of Special Needs Education, 7(3), 219-228.

Gargiulo, R. & Cerna, M. (1992). Training of special education teachers in Czechoslovakia. International Journal of Special Education, 7(3), 232-241.

Gargiulo, R. & Graves, S. (1993). Lessons from Eastern Europe. Day Care and Early Education, 21(1), 36-37.

Prince, J., Buckley, M., & Gargiulo, R. (1993). The laboratory school: Has its time come again? Education, 113(3), 473-479.

Graves, S. & Gargiulo, R. (1993). Strategies for supporting families. Day Care and Early Education, 21(2), 47-48.

Graves, S. & Gargiulo, R. (1994). Early childhood education in three Eastern European countries: Reflections and impressions. Childhood Education, 70(4), 205-209.

Piao, Y., Gargiulo, R., Yun, X. (1995). Special education in the People's Republic of China: Characteristics and practices. International Journal of Special Education, 10(1), 52-65.

Graves S., Gargiulo, R., & Sluder, L. (1996). Young children: An introduction to early childhood education. St. Paul, MN: West.

**Publications**   (continued)

Gargiulo, R. & Piao, Y. (1996). Early childhood special education in the People's Republic of China. Early Childhood Development and Care, 118, 35-43.

Gargiulo, R., Cerna, M., & Hilton, A. (1997). Special education reform in the Czech Republic. European Journal of Special Needs Education, 12(1), 21-29.

Wisniewski, L. & Gargiulo, R. (1997). Teacher attrition and burnout among special educators: A review of the literature. Journal of Special Education, 31(3), 325-346.

Gargiulo, R., Sluder, L., & Streitenberger, D. (1997). Preparing early childhood educators for inclusive programs: A call for professional unification. Early Childhood Education Journal, 25(2), 137-139.

Gargiulo, R. & Kilgo, J., (2000). Young children with special needs: An introduction to early childhood special education. Albany, NY: Delmar.

Rueve, B., Robinson, M., Worthington, L., & Gargiulo, R. (2000). Children with special health needs in inclusive settings: Writing health care plans. Physical Disabilities: Education and Related Services, 19(1), 11-24.

Gargiulo, R., Jalongo, M., & Motari, J. (2001). Writing for publication in early childhood education: Survey data from editors and advice to authors. Early Childhood Education Journal, 29(1), 17-23.

Gargiulo, R. (2003). Special education in contemporary society: An introduction to exceptionality. Belmont, CA: Wadsworth.

Wisniewski, L., Schloss, P., Alper, S., & Gargiulo, R. (in press). An epidemiological review of occupational stress and burnout among special educators: A critical analysis. In D. Garcia-Villamisar (Ed.), Stress in teachers: Theory and research. Madrid, Spain: Universidad Complutense de Madrid Press.

Gargiulo, R., Schertz, L. & Graves, S. (in preparation). Young learners: Teaching and learning in the early years. Upper Saddle River, NJ: Merrill/Prentice Hall.


**Book Reviews**

Human psychology: Development, learning, and social interaction. Kuhn, D., et al. Curriculum Advisory Service Quarterly, 1976, 15(3), 207.

Your self: An introduction to psychology. Grace, M., Nicholson, P., & Lipsitt, D. Curriculum Advisory Service Quarterly, 1976, 15(4), 230.

Teaching behavior modification. Yen, S., & McIntire, R. Curriculum Advisory Service Quarterly, 1976, 15(4), 234.

Strategies for teaching the mentally retarded. Payne, J., Polloway, E., Smith, J., & Payne, R. American Journal of Mental Deficiency, 1978, 82, 614-615.

Here's psychology. Watson, D. Curriculum Advisory Service Quarterly, 1978, 17(2), 144.

Mainstreaming series. Fairchild, T. (Ed.). Curriculum Advisory Service Quarterly, 1978, 17(4), 277-278.

**Book Reviews** (continued)

Mental retardation for special educators. Das, J., & Baine, D. American Journal of Mental Deficiency, 1978, 83, 314.

The third review of special education. Mann, L., & Sabatino, D. (Eds.). Contemporary Educational Psychology, 1979, 4(1), 82.

Behavior analysis and behavior modification: An introduction. Malott, R., Tillema, M., & Glenn, S. Curriculum Advisory Service Quarterly, 1979, 18(1), 33.

Individualizing instructional materials for special children in the mainstream. Anderson, R., Greer, J., & Odle, S. American Journal of Mental Deficiency, 1979, 84, 323-324.

Curriculum analysis and design for retarded learners. Klein, N., Pasch, M., & Frew, T. American Journal of Mental Deficiency, 1980, 84, 536-537.

Implementing learning in the least restrictive environment. Schifani, J., Anderson, R., & Odle, S. American Journal of Mental Deficiency, 1981, 86, 219-220.

Educational and psychological assessment of exceptional children. Swanson, H., & Watson, B. American Journal of Mental Deficiency, 1983, 88, 234-235.

Issues and practices in special education. Marozas, D., & May, D. American Journal of Mental Retardation, 1989, 93, 468-469.

**References**

Available upon request.