**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| G.H., a Minor, by his mother Juanita Corbett as his next friend and Juanita Corbett, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NUMBER |
| v. | ) ) | 2:05-CV-0541-MHT-CSC |
| ELMORE COUNTY BOARD OF EDUCATION, et al. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Comes now Carl Johnson of the firm of Bishop, Colvin, Johnson & Kent, and files his appearance as additional counsel for defendants Alabama Department of Education and Mabrey Whetstone. Please direct all notices and pleadings to the below address:

>Carl Johnson, Esq.
>Bishop, Colvin, Johnson & Kent
>1910 First Avenue North
>Birmingham, AL   35203
>Phone : (205) 251-2881
>Fax    : (205) 254-3987
>E-mail: carljohnson@bishopcolvin.com

Respectfully submitted on this 1st day of November, 2005.

>*s/Carl Johnson*
>Carl Johnson (ASB-5997-O78C)

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Susan Shirock DePaola
  ssdp@mindspring.com

  Sharon Gilbert Yates
  sgyates@aol.com

  Reginald L. Sorrells
  rsorrels@alsde.edu

  Larry Craven
  lcraven@alsde.edu

  Darnell Coley
  dcoley@alsde.edu

  Erika Perrone Tatum
  etatum@hillhillcarter.com

  James Robert Seale
  jrs@hillhillcarter.com

           *s/Carl Johnson*
           Carl Johnson