IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| G.H., etc., et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv541-T |
| | ) | |
| ELMORE COUNTY BOARD OF EDUCATION, et al., | ) ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to allow amendment (Doc. No. 25) is granted. The court assumes that defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 2nd day of November, 2005.

                      /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**