IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| G. H., a Minor, by his mother Juanita Corbett, as his next friend and Juanita Corbett, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. CV-05-0541-MHT-DRB |
| ELMORE COUNTY BOARD OF EDUCATION, et al., ) ) ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the parties, Plaintiff Juanita Corbett, individually, and as mother and next friend of G.H., and Defendants Alabama State Department of Education and Mabrey Whetstone (in his official capacity as State Director of Special Education Services) and hereby stipulate by and through their undersigned counsel of record that all claims brought by Plaintiff or which could have been brought by Plaintiff against the above-named Defendants in this action (in any capacity) may be dismissed with prejudice, with each party to bear their own costs.

DATED this the 10th day of January, 2006.

| | |
|---|---|
| *s/Susan Shirock DePaola* | *s/Reginald L. Sorrells* |
| Susan Shirock DePaola, ASB-7431-L7SS | Reginald L. Sorrells, ASB-1249-E61R |
| E-mail:  ssdp@mindspring.com | E-mail:  rsorrells@alsde.edu |
| 1725 West Second Street - Suite B | |
| Montgomery, AL  36106 | *s/Larry Craven* |
| Phone:  (334) 262-1600 | Larry Craven, ASB-8610-NSIL |
| | E-mail:  lcraven@alsde.edu |
| *s/Sharon Gilbert Yates* | |
| Sharon Gilbert Yates, ASB-3652-A64S | *s/Darnell Coley* |
| E-mail:  sgyates@aol.com | Darnell Coley, ASB-COL-106 |
| 454 South Decatur Street | E-mail:  dcoley@alsde.edu |
| Montgomery, AL  36104 | Alabama State Department of Education |
| | Office of General Counsel |
| Attorneys for Plaintiffs | 5103 Gordon Persons Building |
| | 50 North Ripley Street |
| | Montgomery, AL  36130 |
| | Phone:  (334) 242-1899 |
| | Fax:  (334) 242-0982 |
| | |
| | *s/Carl Johnson* |
| | Carl Johnson, ASB-5997-O78C |
| | E-mail:  carljohnson@bishopcolvin.com |
| | Bishop, Colvin, Johnson & Kent |
| | 1910 First Avenue North |
| | Birmingham, AL  35203 |
| | Telephone:  (205) 251-2881 |
| | Fax:  (205) 254-3987 |
| | |
| | Attorneys for Defendants Alabama State Department of Education and Mabrey Whetstone |