IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

G.H., a minor, by his mother, Juanita Corbett
as his next friend, and JUANITA CORBETT,

      Plaintiffs,

-vs-

ELMORE COUNTY BOARD OF EDUCATION,
et al.,

      Defendants.

Case No. 2:05-cv-541-T

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Plaintiff Juanita Corbett, individually, and as mother and next friend of G.H. , and Defendants, Elmore County Board of Education and Marshall Anderson (in his individual and official capacity) and hereby stipulate by and through their undersigned respective counsel of record that all claims brought by Plaintiff or which could have been brought by Plaintiff against Defendants, individually and in his official capacity, in this action may be dismissed with prejudice, with each party to bear their own costs.

The undersigned attests that Susan S. DePaola and Sharon Gilbert Yates have agreed to the foregoing and has authorized me to execute and electronically file this document on their behalf.

RESPECTFULLY SUBMITTED this the 10th day of January, 2006.

G.H., a minor, by his mother, Juanita Corbett
as his next friend, and JUANITA CORBETT,


By:  /S/  Susan Shirock DePaola
      Susan Shirock DePaola (7431-L-75S)
      1726 West Second Street, Suite B
      Montgomery, Alabama 36106
      (334) 262-1600
      (334) 262-1638
      E-mail: ssdp@mindspring.com
      Counsel for Plaintiff

By: /S/  Sharon Gilbert Yates

Sharon Gilbert Yates  (3652-A-64S)
454 South Decatur Street
Montgomery, Alabama 36104
(334) 264-7098
E-mail: sgyates@aol.com
Counsel for Plaintiff


ELMORE COUNTY BOARD OF EDUCATION
and MARSHALL ANDERSON, Defendants,


By: /S/  James R. Seale

James R. Seale (3617-E-68J)
Erika Perrone Tatum (1983-M-66E)
HILL, HILL, CARTER,
    FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
E-mail: etatum@hillhillcarter.com
Counsel for Defendants
wwm/6630.0161/f:Joint Stipulation of Dismissal.wpd