IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| G.H., etc., et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv541-MHT |
| | ) | (WO) |
| ELMORE COUNTY BOARD OF EDUCATION, et al., | ) ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulations of dismissal (Doc. Nos. 32 & 33), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of January, 2006.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE